**US DISTRICT COURT : SOUTHERN DISTRICT**

Attorney: FARUQI & FARUQI
Address: 685 THIRD AVE, 26TH FLR  NEW YORK , NY 10017

| NASHAILY ORTIZ ET AL | | **INDEX #:** 1:22-CV-08957 |
|---|---|---|
| | | **Date Filed:** 10/21/2022 |
| **VS** | *Plaintiff* | |
| CONSOLIDATED EDISON COMPANY OF NEW YORK INC ET AL | | **Client's File No.:** ortiz vs. con ed |
| | *Defendant* | |

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:

**Nathaniel Crespo**, being duly sworn, deposes and says:

Deponent is over the age of (18) years; deponent is not a party herein; that on **11/16/2022**, at **10:30 AM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, deponent served the annexed

**Summons in a Civil Action - COMPLAINT WITH EXHIBITS A-I - CIVIL COVER SHEET - CASE OPENING INITIAL ASSIGNMENT NOTICE CASE DESIGNATION - ECF DESIGNATION**

on: **FLAGGING, SPOTTING, FLIPPING SERVICES INC SUED HEREIN AS FLAGGING, SPOTTING FLIPPING SERVICES INC** , Defendant in this action

By delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 306 BCL.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Sex:** Female **Color of skin:** White **Color of hair:** Brown **Age:** 51 - 65 Yrs. **Height:** 5ft 0in - 5ft 3in **Weight:** 100-130 Lbs. **Other Features:**

Sworn to before me on 11/16/2022

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

Nathaniel Crespo



Job #: 1520668

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

**US DISTRICT COURT : SOUTHERN DISTRICT**

Attorney: FARUQI & FARUQI
Address: 685 THIRD AVE, 26TH FLR  NEW YORK , NY 10017

| NASHAILY ORTIZ ET AL | | **INDEX #**: 1:22-CV-08957 |
|---|---|---|
| | *Plaintiff* | **Date Filed**: 10/21/2022 |
| vs | | |
| CONSOLIDATED EDISON COMPANY OF NEW YORK INC ET AL | | **Client's File No.**: ortiz vs. con ed |
| | *Defendant* | |

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
**Nathaniel Crespo**, being duly sworn, deposes and says:
  Deponent is over the age of (18) years; deponent is not a party herein; that on **11/16/2022**, at **10:30 AM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, deponent served the annexed

**Summons in a Civil Action - COMPLAINT WITH EXHIBITS A-I - CIVIL COVER SHEET - CASE OPENING INITIAL ASSIGNMENT NOTICE CASE DESIGNATION - ECF DESIGNATION**

on: **CE SOLUTIONS INC** , Defendant in this action

By delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 306 BCL.

  The Index No. and the date the action was filed were clearly marked and visible to the defendant. Deponent

further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State

of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Sex**: Female **Color of skin**: White **Color of hair**: Brown **Age**: 51 - 65 Yrs. **Height**: 5ft 0in - 5ft 3in **Weight**: 100-130 Lbs. **Other Features**:

Sworn to before me on 11/16/2022

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

Nathaniel Crespo


Job #: 1520666

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

**US DISTRICT COURT : SOUTHERN DISTRICT**

Attorney: FARUQI & FARUQI
Address: 685 THIRD AVE, 26TH FLR  NEW YORK, NY 10017

| NASHAILY ORTIZ ET AL | | **INDEX #:** 1:22-CV-08957 |
|---|---|---|
| vs | *Plaintiff* | **Date Filed:** 10/21/2022 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK INC ET AL | | **Client's File No.:** ortiz vs. con ed |
| | *Defendant* | |

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
**Nathaniel Crespo**, being duly sworn, deposes and says:

Deponent is over the age of (18) years; deponent is not a party herein; that on **11/16/2022**, at **10:30 AM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, deponent served the annexed

**Summons in a Civil Action - COMPLAINT WITH EXHIBITS A-I - CIVIL COVER SHEET - CASE OPENING INITIAL ASSIGNMENT NOTICE CASE DESIGNATION - ECF DESIGNATION**

on: **CONSOLIDATED EDISON COMPANY OF NEW YORK INC**, Defendant in this action

By delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 306 BCL.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Sex:** Female **Color of skin:** White **Color of hair:** Brown **Age:** 51 - 65 Yrs. **Height:** 5ft 0in - 5ft 3in **Weight:** 100-130 Lbs. **Other Features:**

Sworn to before me on 11/16/2022

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

Nathaniel Crespo



Job #: 1520664

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*

US DISTRICT COURT : SOUTHERN DISTRICT

Attorney: FARUQI & FARUQI
Address: 685 THIRD AVE, 26TH FLR  NEW YORK , NY 10017

| NASHAILY ORTIZ ET AL. | | INDEX #: 1:22-CV-08957 |
|---|---|---|
| | Plaintiff | Date Filed: 10/21/2022 |
| vs | | Client's File No.: ortiz vs. con ed |
| CONSOLIDATED EDISON COMPANY OF NEW YORK INC ET AL | | |
| | Defendant | |

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
**Nathaniel Crespo**, being duly sworn, deposes and says:

Deponent is over the age of (18) years; deponent is not a party herein; that on **11/16/2022**, at **10:30 AM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, deponent served the annexed

**Summons in a Civil Action - COMPLAINT WITH EXHIBITS A-I - CIVIL COVER SHEET - CASE OPENING INITIAL ASSIGNMENT NOTICE CASE DESIGNATION - ECF DESIGNATION**

on: **CE SOLUTIONS GROUP LLC** , Defendant in this action

By delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 303 LLC.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Sex**: Female **Color of skin**: White **Color of hair**: Brown **Age**: 51 - 65 Yrs. **Height**: 5ft 0in - 5ft 3in **Weight**: 100-130 Lbs. **Other Features**:

Sworn to before me on 11/16/2022

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

Nathaniel Crespo



Job #: 1520665

*PREFERRED PROCESS SERVERS INC 166-06 24TH RD, LL, WHITESTONE, NY 11357 718-362-4890 LIC#2003142-DCA*

US DISTRICT COURT : SOUTHERN DISTRICT

Attorney: FARUQI & FARUQI
Address: 685 THIRD AVE, 26TH FLR  NEW YORK , NY 10017

| NASHAILY ORTIZ ET AL | | **INDEX #:** 1:22-CV-08957 |
|---|---|---|
| vs | Plaintiff | **Date Filed:** 10/21/2022 |
| CONSOLIDATED EDISON COMPANY OF NEW YORK INC ET AL | | **Client's File No.:** ortiz vs. con ed |
| | Defendant | |

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF QUEENS, SS.:
**Nathaniel Crespo**, being duly sworn, deposes and says:

Deponent is over the age of (18) years; deponent is not a party herein; that on **11/16/2022**, at **10:30 AM**, at the office of the Secretary of State of the State of New York located at 99 Washington Avenue, Albany, NY 12210, deponent served the annexed

**Summons in a Civil Action - COMPLAINT WITH EXHIBITS A-I - CIVIL COVER SHEET - CASE OPENING INITIAL ASSIGNMENT NOTICE CASE DESIGNATION - ECF DESIGNATION**

on: **NYC 2WAY INTERNATIONAL LTD.** , Defendant in this action

By delivering to and leaving with **Nancy Dougherty** AUTHORIZED AGENT in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00 dollars; that said service was made pursuant to Section 306 BCL.

The Index No. and the date the action was filed were clearly marked and visible to the defendant. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: **Sex**: Female **Color of skin**: White **Color of hair**: Brown **Age**: 51 - 65 Yrs. **Height**: 5ft 0in - 5ft 3in **Weight**: 100-130 Lbs. **Other Features**:

Sworn to before me on 11/16/2022

DIANNE GONZALEZ
NOTARY PUBLIC, State of New York
No. 01GO6025621, Qualified in Queens County
Term Expires, August 3, 2023

Nathaniel Crespo



Job #: 1520667

*Preferred Process Servers Inc 166-06 24th Rd, LL, Whitestone, NY 11357 718-362-4890 Lic#2003142-DCA*