

NEW YORK            CALIFORNIA            GEORGIA            PENNSYLVANIA

**Camilo M. Burr**
cburr@faruqilaw.com

June 7, 2023                                                        MEMORANDUM ENDORSED

**VIA ECF**

The Honorable Gabriel W. Gorenstein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 6B
New York, New York 10007

      Re:    <u>Ortiz, et al. v. Consol. Edison Co. of N.Y., Inc., et al.</u>, No. 1:22-cv-08957-JLR-GWG

Dear Judge Gorenstein:

      We represent Plaintiffs in the above-referenced action and write jointly with Defendants, pursuant to the Court's Individual Practices § 1(F) and Your Honor's May 19, 2023 Order, to respectfully request an adjournment of the parties' initial case management conference and an extension of time to submit a Proposed Scheduling Order. *See* ECF No. 70. After contacting Your Honor's Deputy Clerk and conferring with Defendants regarding their availabilities, the parties respectfully request that the initial case management conference currently scheduled for June 13, 2023 be adjourned to July 26, 2023 at 11:00 a.m. with the deadline to submit a Proposed Scheduling Order extended from June 9, 2023 to July 24, 2023. *See id.* at 1-3.

      On June 2, 2023, Plaintiffs filed their First Amended Complaint ("FAC") and named four additional Defendants. *See* ECF No. 72. Plaintiffs are currently in the process of serving these Defendants with the FAC, who will also require time to respond to same. Further, the remaining Defendants also require additional time to file their responses to Plaintiffs' FAC, and for Plaintiffs to respond to any motions(s) to dismiss filed by Defendants prior to determining a proposed schedule for discovery. For these reasons, the parties believe an adjournment of the initial case management conference and an extension of time to submit a Proposed Scheduling Order are warranted at this time. Defendants consent to this request.

      We thank the Court for its time and attention to this matter.

Respectfully submitted,

Camilo M. Burr

Granted. Conference adjourned to July 26, 2023 at 11:00 a.m.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

June 8, 2023