UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
NASHAILY ORTIZ et al                                    :

               Plaintiffs,            :        ORDER

   -v.-                                                             :
                                                      22 Civ. 8957 (JLR) (GWG)
CONSOLIDATED EDISON COMPANY OF           :
NEW YORK, INC. et al.,
                                                     :

              Defendants.
-------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

     Having considered the parties' arguments (Docket ## 135, 137), the Court's pre-motion conference requirement for the proposed motion under 29 U.S.C. § 216(b) is waived. The motion is returnable before the undersigned. Thus, the briefing schedule shall be in accordance with paragraph 2.B of the Court's Individual Practices.

     On a separate point, the Mediation Referral Order (Docket # 131) is vacated. The parties shall file a letter to the Court as soon as both sides are prepared to proceed with mediation.

     SO ORDERED.

Dated: September 5, 2023
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge