**GARY G. STAAB LLC**
Gary G. Staab [GS 5913]
Richard Gresio [RG 4928], of counsel
The Kennedy Building
2 William Street, Suite 302
White Plains, NY 10601
(914) 220-0030
(914) 220-0232 (fax)
g.staab@att.net
gresiolaw@aol.com
*Attorneys for CE Flagging Plus Corp.,*
*CE Reserve Corp., Argani Inc., and*
*Hassan Siblini*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NASHAILY ORTIZ, ISAURA LOPEZ, RUBEN LEMUS NAJARRO, NASHEMIR ORTIZ, ADRIANNA GAMBOA, STEVEN ALLICOTT, ROBERTO ROSARIO, JR., and STEPHANIE BUNDRICK on behalf of themselves and others similarly situated,<br><br>              Plaintiffs,<br><br>      – against –<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., CE SOLUTIONS GROUP, LLC, CE SOLUTIONS INC., CE FLAGGING PLUS CORP., CE RESERVE CORP., ARGANI INC., NYC 2WAY INTERNATIONAL LTD. d/b/a CTG CARS LLC, CONCORD LIMOUSINE INC., CONCORD LIMOUSINE 1, LLC, MARVELOUS MARK TRANSPORTATION CO., INC., A&M TRANSPORT TRANSPORS INC., 23 WEST GROUP INC., JEANNINE NAPOLEONE-COLBERT, in her individual and professional capacities, HASSAN SIBLINI, in his individual and professional capacities, and NABIH KOUBAISSAY a/k/a NABIL SIMBA, in his individual and professional capacities,<br><br>              Defendants. | Case No.: 1:22-cv-08957-JLR-GS<br><br>**ANSWER OF THE ARGANI DEFENDANTS TO THE SECOND AMENDED COMPLAINT WITH CROSS-CLAIMS**<br><br>**ECF CASE** |

Defendants CE Flagging Plus Corp., CE Reserve Corp., Argani Inc., and Hassan Siblini (together, the "Argani Defendants"), by and through their attorneys Gary G. Staab LLC, for their Answer to Plaintiffs' Second Amended Complaint, dated August 8, 2024 (the "SAC") herein state as follows:

## AS TO NATURE OF THE CLAIMS

1.      The Argani Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 1 of the SAC.

2.      The Argani Defendants deny the allegations set forth in Paragraph 2 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

3.      The Argani Defendants deny the allegations set forth in Paragraph 3 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

4.      The Argani Defendants deny the allegations set forth in Paragraph 4 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

5.      The Argani Defendants deny the allegations set forth in Paragraph 5 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

6.      The Argani Defendants deny the allegations set forth in Paragraph 6 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

7.      The Argani Defendants deny the allegations set forth in Paragraph 7 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

8.      The Argani Defendants deny the allegations set forth in Paragraph 8 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

9.      The Argani Defendants deny the allegations set forth in Paragraph 9 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

10.      The Argani Defendants deny the allegations set forth in Paragraph 10 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

11.      The Argani Defendants deny the allegations set forth in Paragraph 11 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants

12.      The Argani Defendants aver that the allegations set forth in Paragraph 12 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

13.      The Argani Defendants aver that the allegations set forth in Paragraph 13 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

14.    The Argani Defendants aver that the allegations set forth in Paragraph 14 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

## AS TO JURISDICTION AND VENUE

15.    The Argani Defendants admit that Plaintiffs allege in Paragraph 15 of the SAC that this Court has original federal question jurisdiction over this case pursuant to 28 U.S.C. §1331 and 1243(a)(4), but deny having knowledge or information sufficient to form a belief with respect to the alleged adequacy of Plaintiffs' claims for jurisdictional purposes.

16.    The Argani Defendants admit that Plaintiffs allege in Paragraph 16 of the SAC that this Court may exercise supplemental jurisdiction over state law claims under 28 U.S.C. §1367(a) and that this Court may exercise such jurisdiction under certain circumstances, but deny having knowledge or information sufficient to form a belief with respect to the alleged adequacy of Plaintiffs' claims for jurisdictional purposes.

17.    The Argani Defendants admit that the principal places of business of CE Flagging Plus Corp., CE Reserve Corp. and Argani Inc. are located within this District, but otherwise deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations in Paragraph 17 of the SAC as to the other Defendants.

## AS TO THE PARTIES

**A.    Plaintiff Nashaily Ortiz**

18.    The Argani Defendants deny the allegations set forth in Paragraph 18 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

19.     The Argani Defendants deny the allegations set forth in Paragraph 19 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

**B.      Plaintiff Isaura Lopez**

20.     The Argani Defendants deny the allegations set forth in Paragraph 20 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

21.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 21 of the SAC.

22.     The Argani Defendants deny the allegations set forth in Paragraph 22 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

**C.      Plaintiff Reuben Lemus Najarro**

23.     The Argani Defendants deny the allegations set forth in Paragraph 23 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

24.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 24 of the SAC.

25.     The Argani Defendants deny the allegations set forth in Paragraph 25 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

**D.      Plaintiff Nashimir Ortiz**

26.     The Argani Defendants deny the allegations set forth in Paragraph 26 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

27.     The Argani Defendants deny the allegations set forth in Paragraph 27 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

**E.      Plaintiff Adrianna Gamboa**

28.     The Argani Defendants deny the allegations set forth in Paragraph 28 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

29.     The Argani Defendants deny the allegations set forth in Paragraph 29 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

**F.      Plaintiff Steven Allicott**

30.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 30 of the SAC.

31.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 31 of the SAC.

**G.      Plaintiff Roberto Rosario, Jr.**

32.     The Argani Defendants deny the allegations set forth in Paragraph 32 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

33.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 33 of the SAC.

34.    The Argani Defendants deny the allegations set forth in Paragraph 34 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

**H.    Plaintiff Stephanie Bundrick**

35.    The Argani Defendants deny the allegations set forth in Paragraph 35 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

36.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 36 of the SAC.

37.    The Argani Defendants deny the allegations set forth in Paragraph 37 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

**I.    Defendant Consolidated Edison of New York**

38.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 38 of the SAC.

39.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 39 of the SAC.

40.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 40 of the SAC.

41.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 41 of the SAC.

42.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 42 of the SAC.

43.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 43 of the SAC.

44.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 44 of the SAC.

**J.    Defendant CE Solutions Group**

45.    The Argani Defendants, upon information and belief, admit the allegations set forth in Paragraph 45 of the SAC.

46.    The Argani Defendants, upon information and belief, admit the allegations set forth in Paragraph 46 of the SAC as to the named Plaintiffs only, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

47.    The Argani Defendants, upon information and belief, admit the allegations set forth in Paragraph 47 of the SAC as to the named Plaintiffs only, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

48.    The Argani Defendants, upon information and belief, admit the allegations set forth in Paragraph 48 of the SAC as to the named Plaintiffs only, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

49.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 49 of the SAC.

50.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 50 of the SAC.

51.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 51 of the SAC.

**K.    Defendant CE Solutions, Inc.**

52.     The Argani Defendants, upon information and belief, admit the allegations set forth in Paragraph 52 of the SAC.

53.     The Argani Defendants, upon information and belief, admit the allegations set forth in Paragraph 53 of the SAC as to the named Plaintiffs only, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

54.     The Argani Defendants, upon information and belief, admit the allegations set forth in Paragraph 54 of the SAC as to the named Plaintiffs only, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

55.     The Argani Defendants, upon information and belief, admit the allegations set forth in Paragraph 55 of the SAC as to the named Plaintiffs only, and deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations.

56.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 56 of the SAC.

57.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 57 of the SAC.

58.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 58 of the SAC.

**L.     Defendant CE Flagging Plus Corp.**

59.     The Argani Defendants admit the allegations set forth in Paragraph 59 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

60.     The Argani Defendants deny the allegations set forth in Paragraph 60 of the SAC.

61.     The Argani Defendants deny the allegations set forth in Paragraph 61 of the SAC.

62.     The Argani Defendants deny the allegations set forth in Paragraph 62 of the SAC.

63.     The Argani Defendants deny the allegations set forth in Paragraph 63 of the SAC.

64.     The Argani Defendants deny the allegations set forth in Paragraph 64 of the SAC

65.     The Argani Defendants admit the allegations set forth in Paragraph 65 of the

SAC.

**M.     Defendant CE Reserve Corp.**

66.     The Argani Defendants admit the allegations set forth in Paragraph 66 of the SAC

as to themselves, and deny having knowledge or information sufficient to form a belief with

respect to the truth of the allegations as to the other Defendants.

67.     The Argani Defendants deny the allegations set forth in Paragraph 67 of the SAC.

68.     The Argani Defendants deny the allegations set forth in Paragraph 68 of the SAC.

69.     The Argani Defendants deny the allegations set forth in Paragraph 69 of the SAC.

70.     The Argani Defendants deny the allegations set forth in Paragraph 70 of the SAC.

71.     The Argani Defendants deny the allegations set forth in Paragraph 71 of the SAC.

72.     The Argani Defendants admit the allegations set forth in Paragraph 72 of the

SAC.

**N.     Defendant Argani, Inc.**

73.     The Argani Defendants admit the allegations set forth in Paragraph 73 of the

SAC.

74.     The Argani Defendants deny the allegations set forth in Paragraph 74 of the SAC.

75.     The Argani Defendants deny the allegations set forth in Paragraph 75 of the SAC.

76.     The Argani Defendants deny the allegations set forth in Paragraph 76 of the SAC.

77.     The Argani Defendants deny the allegations set forth in Paragraph 77 of the SAC.

78.     The Argani Defendants deny the allegations set forth in Paragraph 78 of the SAC.

79.     The Argani Defendants deny the allegations set forth in Paragraph 79 of the SAC.

**O.**    **Defendant NYC 2Way International Ltd. d/b/a CTG Cars LLC**

80.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 80 of the SAC.

81.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 81 of the SAC.

82.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 82 of the SAC.

83.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 83 of the SAC.

84.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 84 of the SAC.

85.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 85 of the SAC.

86.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 86 of the SAC.

**P.**    **Defendant Concord Limousine Inc.**

87.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 87 of the SAC.

88.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 88 of the SAC.

89.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 89 of the SAC.

90.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 90 of the SAC.

91.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 91 of the SAC.

92.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 92 of the SAC.

93.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 93 of the SAC.

**Q.     Defendant Concord Limousine 1, LLC**

94.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 94 of the SAC.

95.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 95 of the SAC.

96.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 96 of the SAC.

97.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 97 of the SAC.

98.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 98 of the SAC.

99.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 99 of the SAC.

100.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 100 of the SAC.

**R.     Defendant Marvelous Mark Transportation Co., Inc.**

101.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 101 of the SAC.

102.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 102 of the SAC.

103.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 103 of the SAC.

104.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 104 of the SAC.

105.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 105 of the SAC.

106.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 106 of the SAC.

107.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 107 of the SAC.

**S.      Defendant A&M Transport Transpors Inc.**

108.    The the Argani Defendants admit the allegations set forth in Paragraph 108 of the SAC as to CEFP and CER , and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to Defendant A&M Transport Transpors Inc.

109.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 109 of the SAC.

110.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 110 of the SAC.

111.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 111 of the SAC.

112.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 112 of the SAC.

113.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 113 of the SAC.

114.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 114 of the SAC.

**T.    Defendant 23 West Group Inc.**

115.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 115 of the SAC.

116.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 116 of the SAC.

117.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 117 of the SAC.

118.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 118 of the SAC.

119.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 119 of the SAC.

120.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 120 of the SAC.

121.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 121 of the SAC.

**U.    Defendant Jeannine Napoleone-Colbert**

122.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 122 of the SAC.

123.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 123 of the SAC.

14

124.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 124 of the SAC.

125.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 125 of the SAC.

126.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 126 of the SAC.

127.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 127 of the SAC.

## V.    **Defendant Hassan Siblini**

128.    The Argani Defendants deny the allegations set forth in Paragraph 128 of the SAC.

129.    The Argani Defendants deny the allegations set forth in Paragraph 129 of the SAC.

130.    The Argani Defendants deny the allegations set forth in Paragraph 130 of the SAC.

131.    The Argani Defendants deny the allegations set forth in Paragraph 131 of the SAC.

132.    The Argani Defendants deny the allegations set forth in Paragraph 132 of the SAC.

133.    The Argani Defendants deny the allegations set forth in Paragraph 133 of the SAC.

## W.    **Defendant Nabih Koubaissay a/k/a Nabil Simba**

134.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 134 of the SAC.

135.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 135 of the SAC.

136.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 136 of the SAC.

137.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 137 of the SAC.

138.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 138 of the SAC.

139.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 139 of the SAC.


## AS TO ALLEGED "FACTS"

**A.    Background**

140.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 140 of the SAC.

141.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 141 of the SAC.

142.    The Argani Defendants deny the allegations set forth in Paragraph 142 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

143.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 143 of the SAC.

144.     The Argani Defendants deny the allegations set forth in Paragraph 144 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendant.

145.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 145 of the SAC.

146.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 146 of the SAC.

147.     The Argani Defendants, upon information and belief, admit the allegations set forth in Paragraph 147 of the SAC.

148.     The Argani Defendants, upon information and belief, admit the allegations set forth in Paragraph 148 of the SAC.

149.     The Argani Defendants deny the allegations set forth in Paragraph 149 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

150.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 150 of the SAC.

151.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 151 of the SAC.

152.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 152 of the SAC.

153.     The Argani Defendants deny the allegations set forth in Paragraph 153 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

154.    The Argani Defendants deny the allegations set forth in Paragraph 154 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

155.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 155 of the SAC.

156.    The Argani Defendants deny the allegations set forth in Paragraph 156 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

157.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 157 of the SAC.

158.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 158 of the SAC.

159.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 159 of the SAC.

160.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 160 of the SAC.

**B.**    **Alleged Joint Employment and Control Over Employees' Work**

    **i.**    **Alleged Direction and Control over Shift Schedules**

161.    The Argani Defendants deny the allegations set forth in Paragraph 161 of the SAC.

162.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 162 of the SAC.

163.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 163 of the SAC.

164.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 164 of the SAC.

165.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 165 of the SAC.

166.    The Argani Defendants deny the allegations set forth in Paragraph 166 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

167.    The Argani Defendants deny the allegations set forth in Paragraph 167 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

168.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 168 of the SAC.

169.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 169 of the SAC.

170.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 170 of the SAC.

171.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 171 of the SAC.

172.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 172 of the SAC.

173.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 173 of the SAC.

174.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 174 of the SAC.

175.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 175 of the SAC.

176.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 176 of the SAC.

177.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 177 of the SAC.

178.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 178 of the SAC.

179.    The Argani Defendants admit the occurence described in Exhibit C as referenced in Paragraph 179 of the SAC, but deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations therein.

180.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 180 of the SAC.

181.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 181 of the SAC.

182.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 182 of the SAC.

183.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 183 of the SAC.

184.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 184 of the SAC.

185.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 185 of the SAC.

186.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 186 of the SAC.

187.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 187 of the SAC.

188.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 188 of the SAC.

189.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 189 of the SAC.

190.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 190 of the SAC.

191.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 191 of the SAC.

192.    The Argani Defendants admit the occurence described in Exhibit C as referenced in Paragraph 192 of the SAC, but deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations therein.

ii.    **Alleged Direction and Control over The Manner of Employees' Work**

193.    The Argani Defendants deny the allegations set forth in Paragraph 193 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

194.    The Argani Defendants deny the allegations set forth in Paragraph 194 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

195.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 195 of the SAC.

196.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 196 of the SAC.

197.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 197 of the SAC.

198.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 198 of the SAC.

199.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 198 of the SAC.

200.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 200 of the SAC.

201.     The Argani Defendants deny the allegations set forth in Paragraph 201 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

202.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 202 of the SAC.

203.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 203 of the SAC.

204.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 204 of the SAC.

205.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 205 of the SAC.

206.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 206 of the SAC.

207.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 207 of the SAC.

208.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 208 of the SAC.

209.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 209 of the SAC.

210.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 210 of the SAC.

211.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 211 of the SAC.

212.    The Argani Defendants admit the allegations set forth in Paragraph 212 of the SAC.

213.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 213 of the SAC.

214.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 214 of the SAC.

215.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 215 of the SAC.

216.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 216 of the SAC.

217.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 217 of the SAC.

218.    The Argani Defendants admit the occurence described in Exhibit C as referenced in Paragraph 218 of the SAC, but deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations therein.

219.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 219 of the SAC.

220.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 220 of the SAC.

221.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 221 of the SAC.

222.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 222 of the SAC.

223.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 223 of the SAC.

### iii.    Alleged Hiring, Firing and Discipline of Employees

224.    The Argani Defendants deny the allegations set forth in Paragraph 224 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

225.    The Argani Defendants deny the allegations set forth in Paragraph 225 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

226.    The Argani Defendants deny the allegations set forth in Paragraph 226 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

227.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 227 of the SAC.

228.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 228 of the SAC.

229.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 229 of the SAC.

230.    The Argani Defendants admit the communication described in Exhibit C as referenced in Paragraph 230 of the SAC, but deny the remaining allegations as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

231.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 231 of the SAC.

232.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 232 of the SAC.

233.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 233 of the SAC.

234.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 234 of the SAC.

235.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 235 of the SAC.

236.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 236 of the SAC.

237.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 237 of the SAC.

238.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 238 of the SAC.

239.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 239 of the SAC.

240.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 240 of the SAC.

241.    The Argani Defendants admit that in or around mid-April 2023 the CESG Defendants reassigned all of the Argani Defendants' workers to other Subcontractors and purported to terminate their business relationship with the Argani Defendants, but otherwise deny the remaining allegations set forth in Paragraph 241 of the SAC as stated.

242.    The Argani Defendants admit that in or around mid-April 2023 the CESG Defendants reassigned all of the Argani Defendants' workers to other Subcontractors, admit the CESG Defendants purported to terminate their business relationship with the Argani Defendants, and admit the communication described in Exhibit C as referenced in Paragraph 242 of the SAC, but otherwise deny the remaining allegations as stated.

**iv.    Alleged Control Over Employees' Wages**

243.    The Argani Defendants deny the allegations set forth in Paragraph 243 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

244.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 244 of the SAC.

245.    The Argani Defendants admit the occurence described in Exhibit C as referenced in Paragraph 245 of the SAC, but deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations therein.

246.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 246 of the SAC.

247.    The Argani Defendants admit the occurence described in Exhibit C as referenced in Paragraph 247 of the SAC, but deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations therein.

248.    The Argani Defendants admit the occurence described in Exhibit C as referenced in Paragraph 248 of the SAC, but deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations therein.

249.    The Argani Defendants deny the allegations set forth in Paragraph 249 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

250.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 250 of the SAC.

251.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 251 of the SAC.

252.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 252 of the SAC.

253.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 253 of the SAC.

254.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 254 of the SAC.

255.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 255 of the SAC.

256.    The Argani Defendants deny the allegations set forth in Paragraph 256 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

257.    The Argani Defendants deny the allegations set forth in Paragraph 257 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

258.    The Argani Defendants deny the allegations set forth in Paragraph 258 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

**v.    Alleged Maintenance of Employee Records**

259.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 259 of the SAC.

260.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 260 of the SAC.

261.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 261 of the SAC.

262.    The Argani Defendants admit having created the document depicted in Exhibit C as referenced in Paragraph 262 of the SAC as well as similar documents, but deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations therein.

263.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 263 of the SAC.

264.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 264 of the SAC.

265.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 265 of the SAC.

266.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 266 of the SAC.

267.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 267 of the SAC.

268.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 268 of the SAC.

269.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 269 of the SAC.

270.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 270 of the SAC.

271.    The Argani Defendants admit having had access to the documents depicted in Exhibit C as referenced in Paragraph 271 of the SAC, but deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations therein.

272.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 272 of the SAC.

273.    The Argani Defendants admit upon information and belief that the CESG Defendants required that some workers be vaccinated against COVID-19, but otherwise deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations set forth in Paragraph 273 of the SAC.

vi.    **Alleged Additional Indicia of Control and Employee Status**

274.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 274 of the SAC.

275.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 275 of the SAC.

276.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 276 of the SAC.

277.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 277 of the SAC.

278.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 278 of the SAC.

279.    The Argani Defendants admit the occurence described in Exhibit C as referenced in Paragraph 279 of the SAC, but deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations therein.

280.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 280 of the SAC.

281.    The Argani Defendants deny the allegations set forth in Paragraph 281 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

282.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 282 of the SAC.

283.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 283 of the SAC.

284.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 284 of the SAC.

285.    The Argani Defendants deny the allegations set forth in Paragraph 285 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

286.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 286 of the SAC.

287.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 287 of the SAC.

288.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 288 of the SAC.

289.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 289 of the SAC.

290.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 290 of the SAC.

291.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 291 of the SAC.

292.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 292 of the SAC.

293.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 293 of the SAC.

**C.    <u>Alleged Failure to Reimburse for Work-Related Expenses</u>**

294.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 294 of the SAC.

295.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 295 of the SAC.

296.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 296 of the SAC.

297.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 297 of the SAC.

298.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 298 of the SAC.

299.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 299 of the SAC.

300.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 300 of the SAC

**D.    <u>Alleged Failure to Pay Prevailing Wages and Supplemental Benefits  for Work Performed on New York City and New York State Public Streets, Roadways and Sidewalks</u>**

301.    The Argani Defendants deny the allegations set forth in Paragraph 301 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants and aver that all questions of fact and law pertaining to prevailing wages are issues for the Court and trier of fact.

302.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 302 of the SAC.

303.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 303 of the SAC and aver that all questions of fact and law pertaining to prevailing wages are issues for the Court and trier of fact.

304.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 304 of the SAC and aver

that all questions of fact and law pertaining to prevailing wages are issues for the Court and trier of fact.

305.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 305 of the SAC and aver that all questions of fact and law pertaining to prevailing wages are issues for the Court and trier of fact.

306.    The Argani Defendants aver that the allegations set forth in Paragraph 306 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

307.    The Argani Defendants aver that insofar as the allegations set forth in Paragraph 307 of the SAC call for a legal conclusion, or that it recites verbatim language contained in Plaintiffs' Exhibit P, no response is required, but, to the extent any response may be required, deny the allegations.

308.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 308 of the SAC and aver that all questions of law pertaining to permits and the DOT are issues for the Court and trier of fact.

309.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 309 of the SAC.

310.    The Argani Defendants aver that the allegations set forth in Paragraph 310 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

311.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 311 of the SAC.

312.    The Argani Defendants aver that the allegations set forth in Paragraph 312 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

313.    The Argani Defendants aver that the allegations set forth in Paragraph 313 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

314.    The Argani Defendants aver that the allegations set forth in Paragraph 314 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

315.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 315 of the SAC.

316.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 316 of the SAC.

317.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 317 of the SAC.

318.    The Argani Defendants aver that the allegations set forth in Paragraph 318 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

319.    The Argani Defendants aver that the allegations set forth in Paragraph 319 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any

response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

320.    The Argani Defendants aver that the allegations set forth in Paragraph 320 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

321.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 321 of the SAC.

**E.    Alleged Failure to Tender Minimum, Overtime, and Spread of Hours Wages and Payment for All Hours Worked**

322.    The Argani Defendants deny the allegations set forth in Paragraph 322 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

323.    The Argani Defendants deny the allegations set forth in Paragraph 323 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

324.    The Argani Defendants deny the allegations set forth in Paragraph 324 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

325.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 325 of the SAC.

326.    The Argani Defendants deny the allegations set forth in Paragraph 326 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

327.    The Argani Defendants deny the allegations set forth in Paragraph 327 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

328.    The Argani Defendants deny the allegations set forth in Paragraph 328 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

329.    The Argani Defendants deny the allegations set forth in Paragraph 329 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

330.    The Argani Defendants deny the allegations set forth in Paragraph 330 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

331.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 331 of the SAC.

**F.    Alleged Late Payment of Wages**

332.    The Argani Defendants deny the allegations set forth in paragraph 332 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

333.    The Argani Defendants admit the occurence described in Exhibit C as referenced in Paragraph 333 of the SAC, but deny having knowledge or information sufficient to form a belief with respect to the truth of the remaining allegations therein.

334.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 334 of the SAC.

335.    The Argani Defendants deny the allegations set forth in Paragraph 335 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

336.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 336 of the SAC.

337.    The Argani Defendants aver that the allegations set forth in Paragraph 337 of the SAC call for a legal conclusion as to which no response is required.

338.    The Argani Defendants deny the allegations set forth in Paragraph 338 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

339.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 336 of the SAC.

**G.    Alleged Failure to Provide Notices of Pay Rate and Accurate Wage Statements**

340.    The Argani Defendants aver that the allegations set forth in Paragraph 340 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

341.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 341 of the SAC.

342.    The Argani Defendants aver that the allegations set forth in paragraph 342 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

343.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 343 of the SAC.

344.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 344 of the SAC.

345.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 345 of the SAC.

346.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 346 of the SAC.

**H.**     **Plaintiff Naishily Ortiz**

    **i.**     **Background**

347.     The Argani Defendants deny the allegations set forth in Paragraph 347 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

348.     The Argani Defendants deny the allegations set forth in Paragraph 348 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

349.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 349 of the SAC.

350.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 350 of the SAC.

351.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 351 of the SAC.

352.    The Argani Defendants deny the allegations set forth in Paragraph 352 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

353.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 353 of the SAC.

354.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 354 of the SAC.

355.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 355 of the SAC.

**ii.    Alleged Wage Violations**

356.    The Argani Defendants deny the allegations set forth in Paragraph 356 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

357.    The Argani Defendants deny the allegations set forth in Paragraph 357 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

358.    The Argani Defendants deny the allegations set forth in Paragraph 358 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

359.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 359 of the SAC.

360.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 360 of the SAC.

361.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 361 of the SAC.

362.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 362 of the SAC.

363.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 363 of the SAC.

364.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 364 of the SAC.

365.    The Argani Defendants deny the allegations set forth in Paragraph 365 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

366.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 366 of the SAC.

367.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 367 of the SAC.

368.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 368 of the SAC.

369.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 369 of the SAC.

370.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 370 of the SAC.

371.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 371 of the SAC.

372.    The Argani Defendants deny the allegations set forth in Paragraph 372 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

373.    The Argani Defendants deny the allegations set forth in Paragraph 373 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

374.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 374 of the SAC.

375.    The Argani Defendants deny the allegations set forth in Paragraph 375 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

376.    The Argani Defendants deny the allegations set forth in Paragraph 376 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

377.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 377 of the SAC.

378.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 378 of the SAC.

**iii.    Alleged FLSA/NYLL Retaliation**

379.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 379 of the SAC.

380.    The Argani Defendants deny the allegations set forth in Paragraph 380 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

381.    The Argani Defendants deny the allegations set forth in Paragraph 381 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

382.    The Argani Defendants deny the allegations set forth in Paragraph 382 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

383.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect the allegations set forth in Paragraph 383 of the SAC.

**I.      Plaintiff Isura Lopez**

**i.      Background**

384.    The Argani Defendants deny the allegations set forth in Paragraph 384 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

385.    The Argani Defendants deny the allegations set forth in Paragraph 385 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

386.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect the allegations set forth in Paragraph 383 of the SAC.

387.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 387 of the SAC.

388.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 388 of the SAC.

389.     The Argani Defendants deny the allegations set forth in Paragraph 389 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

390.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 390 of the SAC.

391.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 391 of the SAC.

392.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 392 of the SAC.

393.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 393 of the SAC.

394.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 394 of the SAC.

395.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 395 of the SAC.

396.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 396 of the SAC.

397.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 397 of the SAC.

398.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 399 of the SAC.

### i.     Alleged Wage Violations

399.     The Argani Defendants deny the allegations set forth in Paragraph 399 of the SAC.

400.    The Argani Defendants deny the allegations set forth in Paragraph 400 of the SAC.

401.    The Argani Defendants deny the allegations set forth in Paragraph 401 of the SAC.

402.    The Argani Defendants deny the allegations set forth in Paragraph 402 of the SAC.

403.    The Argani Defendants deny the allegations set forth in Paragraph 403 of the SAC.

404.    The Argani Defendants deny the allegations set forth in Paragraph 404 of the SAC.

405.    The Argani Defendants deny the allegations set forth in Paragraph 405 of the SAC.

406.    The Argani Defendants deny the allegations set forth in Paragraph 406 of the SAC.

407.    The Argani Defendants deny the allegations set forth in Paragraph 407 of the SAC.

408.    The Argani Defendants deny the allegations set forth in Paragraph 408 of the SAC.

409.    The Argani Defendants deny the allegations set forth in Paragraph 409 of the SAC.

410.    The Argani Defendants deny the allegations set forth in Paragraph 410 of the SAC.

411.    The Argani Defendants deny the allegations set forth in Paragraph 411 of the SAC.

412.    The Argani Defendants deny the allegations set forth in Paragraph 412 of the SAC.

413.    The Argani Defendants deny the allegations set forth in Paragraph 413 of the SAC.

414.    The Argani Defendants deny the allegations set forth in Paragraph 414 of the SAC.

415.    The Argani Defendants deny the allegations set forth in Paragraph 415 of the SAC.

416.    The Argani Defendants deny the allegations set forth in Paragraph 416 of the SAC.

417.    The Argani Defendants deny the allegations set forth in Paragraph 417 of the SAC.

418.    The Argani Defendants deny the allegations set forth in Paragraph 418 of the SAC.

419.    The Argani Defendants deny the allegations set forth in Paragraph 419 of the SAC.

420.    The Argani Defendants deny the allegations set forth in Paragraph 420 of the SAC.

421.    The Argani Defendants deny the allegations set forth in Paragraph 421 of the SAC.

422.    The Argani Defendants deny the allegations set forth in Paragraph 422 of the SAC.

423.    The Argani Defendants deny the allegations set forth in Paragraph 423 of the SAC.

424.    The Argani Defendants deny the allegations set forth in Paragraph 424 of the SAC.

425.    The Argani Defendants deny the allegations set forth in Paragraph 425 of the SAC.

426.    The Argani Defendants deny the allegations set forth in Paragraph 426 of the SAC.

427.    The Argani Defendants deny the allegations set forth in Paragraph 427 of the SAC.

428.    The Argani Defendants deny the allegations set forth in Paragraph 428 of the SAC.

429.    The Argani Defendants deny the allegations set forth in Paragraph 429 of the SAC.

430.    The Argani Defendants deny the allegations set forth in Paragraph 430 of the SAC.

431.    The Argani Defendants admit the allegations set forth in Paragraph 431 of the SAC.

432.    The Argani Defendants deny the allegations set forth in Paragraph 432 of the SAC.

433.    The Argani Defendants deny the allegations set forth in Paragraph 433 of the SAC.

434.    The Argani Defendants deny the allegations set forth in Paragraph 434 of the SAC.

435.    The Argani Defendants deny the allegations set forth in Paragraph 435 of the SAC.

436.    The Argani Defendants deny the allegations set forth in Paragraph 436 of the

SAC.

**J.    Plaintiff Ruben Lemus Najarro**

    **i.    Background**

437.    The Argani Defendants deny having knowledge or information sufficient to form

a belief with respect to the truth of the allegations set forth in Paragraph 437 of the SAC.

438.    The Argani Defendants deny having knowledge or information sufficient to form

a belief with respect to the truth of the allegations set forth in Paragraph 438 of the SAC.

439.    The Argani Defendants deny having knowledge or information sufficient to form

a belief with respect to the truth of the allegations set forth in Paragraph 439 of the SAC.

440.    The Argani Defendants deny having knowledge or information sufficient to form

a belief with respect to the truth of the allegations set forth in Paragraph 440 of the SAC.

441.    The Argani Defendants deny having knowledge or information sufficient to form

a belief with respect to the truth of the allegations set forth in Paragraph 441 of the SAC.

442.    The Argani Defendants deny having knowledge or information sufficient to form

a belief with respect to the truth of the allegations set forth in Paragraph 442 of the SAC.

443.    The Argani Defendants deny having knowledge or information sufficient to form

a belief with respect to the truth of the allegations set forth in Paragraph 443 of the SAC.

444.    The Argani Defendants deny having knowledge or information sufficient to form

a belief with respect to the truth of the allegations set forth in Paragraph 444 of the SAC.

445.    The Argani Defendants deny having knowledge or information sufficient to form

a belief with respect to the truth of the allegations set forth in Paragraph 445 of the SAC.

    **ii.    Alleged Wage Violations**

446.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 446 of the SAC.

447.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 447 of the SAC.

448.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 448 of the SAC.

449.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 449 of the SAC.

450.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 450 of the SAC.

451.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 451 of the SAC.

452.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 452 of the SAC.

453.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 453 of the SAC.

454.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 454 of the SAC.

455.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 455 of the SAC.

456.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 456 of the SAC.

457.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 457 of the SAC.

458.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 458 of the SAC.

459.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 459 of the SAC.

460.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 460 of the SAC.

461.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 461 of the SAC.

462.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 462 of the SAC.

463.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 463 of the SAC.

464.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 464 of the SAC.

465.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 465 of the SAC.

466.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 466 of the SAC.

467.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 467 of the SAC.

468.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 468 of the SAC.

469.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 469 of the SAC.

470.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 470 of the SAC.

471.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 471 of the SAC.

472.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 472 of the SAC.

473.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 473 of the SAC.

474.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 474 of the SAC.

475.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 475 of the SAC.

**K.**     **Plaintiff Nashemir Ortiz**

**i.**     **Background**

476.     The Argani Defendants deny the allegations set forth in Paragraph 476 of the SAC.

477.     The Argani Defendants deny the allegations set forth in Paragraph 477 of the SAC.

478.     The Argani Defendants deny the allegations set forth in Paragraph 478 of the SAC.

479.     The Argani Defendants deny the allegations set forth in Paragraph 479 of the SAC.

480.     The Argani Defendants deny the allegations set forth in Paragraph 480 of the SAC.

481.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 481 of the SAC.

482.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 482 of the SAC.

483.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 482 of the SAC.

484.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 482 of the SAC.

485.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 485 of the SAC.

486.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 486 of the SAC.

487.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 487 of the SAC.

488.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 488 of the SAC.

**ii.      Alleged Wage Violations**

489.     The Argani Defendants deny the allegations set forth in Paragraph 489 of the SAC.

490.     The Argani Defendants deny the allegations set forth in Paragraph 490 of the SAC.

491.     The Argani Defendants deny the allegations set forth in Paragraph 491 of the SAC.

492.     The Argani Defendants deny the allegations set forth in Paragraph 492 of the SAC.

493.     The Argani Defendants deny the allegations set forth in Paragraph 493 of the SAC.

494.     The Argani Defendants deny the allegations set forth in Paragraph 494 of the SAC.

495.     The Argani Defendants deny the allegations set forth in Paragraph 495 of the SAC.

496.     The Argani Defendants deny the allegations set forth in Paragraph 496 of the SAC.

497.     The Argani Defendants deny the allegations set forth in Paragraph 497 of the SAC.

498.     The Argani Defendants deny the allegations set forth in Paragraph 498 of the SAC.

499.     The Argani Defendants deny the allegations set forth in Paragraph 499 of the SAC.

500.     The Argani Defendants deny the allegations set forth in Paragraph 500 of the SAC.

501.     The Argani Defendants deny the allegations set forth in Paragraph 501 of the SAC.

502.     The Argani Defendants deny the allegations set forth in Paragraph 502 of the SAC.

503.     The Argani Defendants deny the allegations set forth in Paragraph 503 of the SAC.

504.    The Argani Defendants deny the allegations set forth in Paragraph 504 of the SAC.

505.    The Argani Defendants deny the allegations set forth in Paragraph 505 of the SAC.

506.    The Argani Defendants deny the allegations set forth in Paragraph 506 of the SAC.

507.    The Argani Defendants deny the allegations set forth in Paragraph 507 of the SAC.

508.    The Argani Defendants deny the allegations set forth in Paragraph 508 of the SAC.

509.    The Argani Defendants deny the allegations set forth in Paragraph 509 of the SAC.

**L.**    **Plaintiff Adrianna Gamboa**

**i.**    **Background**

510.    The Argani Defendants deny the allegations set forth in Paragraph 510 of the SAC.

511.    The Argani Defendants deny the allegations set forth in Paragraph 511 of the SAC.

512.    The Argani Defendants deny the allegations set forth in Paragraph 512 of the SAC.

513.    The Argani Defendants deny the allegations set forth in Paragraph 513 of the SAC.

**ii.**    **Alleged Wage Violations**

514.    The Argani Defendants admit Gamboa contacted them on or about July 2020 and admits advising Gamboa of the CESG's onboarding process but deny all the remaining allegations set forth in Paragraph 514 of the SAC.

515.    The Argani Defendants admit they advised Gamboa of Con Edison's course and equiptment requirements but deny all the remaining allegations set forth in Paragraph 515 of the SAC.

516.    The Argani Defendants deny they hired Gamboa on behalf of the Argani Defendants and deny having knowledge or information sufficient to form a belief as to the remaining allegations set forth in Paragraph 516 of the SAC.

517.    The Argani Defendants deny the allegations set forth in Paragraph 517 of the SAC.

518.    The Argani Defendants deny the allegations set forth in Paragraph 518 of the SAC.

519.    The Argani Defendants deny the allegations set forth in Paragraph 519 of the SAC.

520.    The Argani Defendants deny the allegations set forth in Paragraph 520 of the SAC.

521.    The Argani Defendants deny the allegations set forth in Paragraph 521 of the SAC.

522.    The Argani Defendants deny the allegations set forth in Paragraph 522 of the SAC.

523.    The Argani Defendants deny the allegations set forth in Paragraph 523 of the SAC.

524.    The Argani Defendants deny the allegations set forth in Paragraph 524 of the SAC.

525.    The Argani Defendants deny the allegations set forth in Paragraph 525 of the SAC.

526.    The Argani Defendants deny the allegations set forth in Paragraph 526 of the SAC.

527.    The Argani Defendants deny the allegations set forth in Paragraph 527 of the SAC.

528.    The Argani Defendants deny the allegations set forth in Paragraph 528 of the SAC.

529.    The Argani Defendants deny the allegations set forth in Paragraph 529 of the SAC.

530.    The Argani Defendants deny the allegations set forth in Paragraph 530 of the SAC.

531.    The Argani Defendants deny the allegations set forth in Paragraph 531 of the SAC.

532.    The Argani Defendants deny the allegations set forth in Paragraph 532 of the SAC.

533.    The Argani Defendants deny the allegations set forth in Paragraph 533 of the SAC.

534.    The Argani Defendants deny the allegations set forth in Paragraph 534 of the SAC.

535.    The Argani Defendants deny the allegations set forth in Paragraph 535 of the SAC.

**M.    Plaintiff Steven Allcott**

    **i.    Background**

536.    The Argani Defendants deny the allegations set forth in Paragraph 536 of the SAC.

537.    The Argani Defendants deny the allegations set forth in Paragraph 537 of the SAC.

538.    The Argani Defendants deny the allegations set forth in Paragraph 538 of the SAC.

539.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 539 of the SAC.

540.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 540 of the SAC.

541.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 541 of the SAC.

542.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 542 of the SAC.

543.    The Argani Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 543 of the SAC.

544.    The Argani Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 544 of the SAC.

545.    The Argani Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 545 of the SAC.

546.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 546 of the SAC.

547.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 547 of the SAC.

 **ii.**   **Alleged Wage Violations**

548.    The Argani Defendants deny the allegations set forth in Paragraph 548 of the SAC.

549.    The Argani Defendants deny the allegations set forth in Paragraph 549 of the SAC.

550.    The Argani Defendants deny the allegations set forth in Paragraph 550 of the SAC.

551.    The Argani Defendants deny the allegations set forth in Paragraph 551 of the SAC.

552.    The Argani Defendants deny the allegations set forth in Paragraph 552 of the SAC.

553.    The Argani Defendants deny the allegations set forth in Paragraph 553 of the SAC.

554.    The Argani Defendants deny the allegations set forth in Paragraph 554 of the SAC.

555.    The Argani Defendants deny the allegations set forth in Paragraph 555 of the SAC.

556.    The Argani Defendants deny the allegations set forth in Paragraph 556 of the SAC.

557.    The Argani Defendants deny the allegations set forth in Paragraph 557 of the SAC.

558.    The Argani Defendants deny the allegations set forth in Paragraph 558 of the SAC.

3.    The Argani Defendants deny the allegations set forth in Paragraph 559 of the SAC.

4.    The Argani Defendants deny the allegations set forth in Paragraph 560 of the SAC.

5.    The Argani Defendants deny the allegations set forth in Paragraph 561 of the SAC.

6.    The Argani Defendants deny the allegations set forth in Paragraph 562 of the SAC.

7.    The Argani Defendants deny the allegations set forth in Paragraph 563 of the SAC.

8.    The Argani Defendants deny the allegations set forth in Paragraph 564 of the SAC.

9.    The Argani Defendants deny the allegations set forth in Paragraph 565 of the SAC.

10.    The Argani Defendants deny the allegations set forth in Paragraph 566 of the SAC.

11.    The Argani Defendants deny the allegations set forth in Paragraph 567 of the SAC.

12.    The Argani Defendants deny the allegations set forth in Paragraph 568 of the SAC.

13.    The Argani Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 569 of the SAC.

**N.**     **Robert Rosario Jr.**

**i.**     **Background**

14.     The Argani Defendants deny the allegations set forth in Paragraph 570 of the SAC.

15.     The Argani Defendants deny the allegations set forth in Paragraph 571 of the SAC.

16.     The Argani Defendants deny the allegations set forth in Paragraph 572 of the SAC.

17.     The Argani Defendants deny the allegations set forth in Paragraph 573 of the SAC.

18.     The Argani Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 574 of the SAC.

19.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 575 of the SAC.

20.     The Argani Defendants deny the allegations set forth in Paragraph 576 of the SAC as they pertain to the Argani Defendants and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth against the remaining Defendants.

21.     The Argani Defendants deny the allegations set forth in Paragraph 577 of the SAC as they pertain to the Argani Defendants and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth against the remaining Defendants.

22.     The Argani Defendants deny the allegations set forth in Paragraph 578 of the SAC as they pertain to the Argani Defendants and deny having knowledge or information

sufficient to form a belief with respect to the truth of the allegations set forth against the remaining Defendants.

23.     The Argani Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 579 of the SAC.

24.     The Argani Defendants deny the allegations set forth in Paragraph 580 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

25.     The Argani Defendants deny the allegations set forth in Paragraph 581 of the SAC.

26.     The Argani Defendants deny the allegations set forth in Paragraph 582 of the SAC .

27.     The Argani Defendants deny the allegations set forth in Paragraph 583 of the SAC.

28.     The Argani Defendants deny the allegations set forth in Paragraph 584 of the SAC.

**ii.    Alleged Wage Violations**

29.     The Argani Defendants deny the allegations set forth in Paragraph 585 of the SAC.

30.     The Argani Defendants deny the allegations set forth in Paragraph 586 of the SAC.

31.     The Argani Defendants deny the allegations set forth in Paragraph 586 of the SAC.

32.     The Argani Defendants deny the allegations set forth in Paragraph 588 of the SAC.

33.     The Argani Defendants deny the allegations set forth in Paragraph 589 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

34.     The Argani Defendants deny the allegations set forth in Paragraph 590 of the SAC.

35.     The Argani Defendants deny the allegations set forth in Paragraph 591 of the SAC.

36.     The Argani Defendants deny the allegations set forth in Paragraph 592 of the SAC.

37.     The Argani Defendants deny the allegations set forth in Paragraph 593 of the SAC.

38.     The Argani Defendants deny the allegations set forth in Paragraph 594 of the SAC.

39.     The Argani Defendants deny the allegations set forth in Paragraph 595 of the SAC.

40.     The Argani Defendants deny the allegations set forth in Paragraph 596 of the SAC.

41.     The Argani Defendants deny the allegations set forth in Paragraph 597 of the SAC.

42.     The Argani Defendants deny the allegations set forth in Paragraph 598 of the SAC.

43.     The Argani Defendants deny the allegations set forth in Paragraph 599 of the SAC.

44.     The Argani Defendants deny the allegations set forth in Paragraph 600 of the SAC.

45.     The Argani Defendants deny the allegations set forth in Paragraph 601 of the SAC.

46.     The Argani Defendants deny the allegations set forth in Paragraph 602 of the SAC.

47.     The Argani Defendants deny the allegations set forth in Paragraph 603 of the SAC.

48.     The Argani Defendants deny the allegations set forth in Paragraph 604 of the SAC.

49.     The Argani Defendants deny the allegations set forth in Paragraph 605 of the SAC.

50.     The Argani Defendants deny the allegations set forth in Paragraph 606 of the SAC.

51.     The Argani Defendants deny the allegations set forth in Paragraph 607 of the SAC.

52.     The Argani Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 608 of the SAC.

**O.**     **Plaintiff Stephanie Bundrick**

    **i.**     **Background**

53.     The Argani Defendants deny the allegations set forth in Paragraph 609 of the SAC.

54.     The Argani Defendants deny the allegations set forth in Paragraph 610 of the SAC.

55.     The Argani Defendants deny the allegations set forth in Paragraph 611 of the SAC.

56.     The Argani Defendants deny the allegations set forth in Paragraph 612 of the SAC.

57.     The Argani Defendants admit Bundrick contacted them on or about August 2019 and admits advising Gamboa to contact CESG's office but deny all the remaining allegations set forth in Paragraph 613  of the SAC.

58.     The Argani Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 614 of the SAC.

59.     The Argani Defendants deny they hired Bundrick on behalf of the Argani Defendants but deny having knowledge or information sufficient to form a belief as to the remaining allegations set forth in Paragraph 615 of the SAC.

60.     The Argani Defendants deny the allegations set forth in Paragraph 616 of the SAC.

**ii.     Alleged Wage Violations**

61.     The Argani Defendants deny the allegations set forth in Paragraph 617 of the SAC.

62.     The Argani Defendants deny the allegations set forth in Paragraph 618 of the SAC.

63.     The Argani Defendants deny the allegations set forth in Paragraph 619 of the SAC.

64.     The Argani Defendants deny the allegations set forth in Paragraph 620 of the SAC.

65.     The Argani Defendants deny the allegations set forth in Paragraph 621 of the SAC.

66.     The Argani Defendants deny the allegations set forth in Paragraph 622 of the SAC.

67.     The Argani Defendants deny the allegations set forth in Paragraph 623 of the SAC.

68.     The Argani Defendants deny the allegations set forth in Paragraph 624 of the SAC.

69.     The Argani Defendants deny the allegations set forth in Paragraph 625 of the SAC.

70.     The Argani Defendants deny the allegations set forth in Paragraph 626 of the SAC.

71.     The Argani Defendants deny the allegations set forth in Paragraph 627 of the SAC.

72.     The Argani Defendants deny the allegations set forth in Paragraph 628 of the SAC.

73.     The Argani Defendants deny the allegations set forth in Paragraph 629 of the SAC.

74.     The Argani Defendants deny the allegations set forth in Paragraph 630 of the SAC.

75.     The Argani Defendants deny the allegations set forth in Paragraph 631 of the SAC.

76.     The Argani Defendants deny the allegations set forth in Paragraph 632 of the SAC.

77.     The Argani Defendants deny the allegations set forth in Paragraph 633 of the SAC.

78.     The Argani Defendants deny the allegations set forth in Paragraph 634 of the SAC.

79.     The Argani Defendants deny the allegations set forth in Paragraph 635 of the SAC.

80.     The Argani Defendants deny the allegations set forth in Paragraph 636 of the SAC.

81.     The Argani Defendants deny the allegations set forth in Paragraph 637 of the SAC.

82.     The Argani Defendants deny the allegations set forth in Paragraph 638 of the SAC.

83.     The Argani Defendants deny the allegations set forth in Paragraph 639 of the SAC.

84.     The Argani Defendants deny the allegations set forth in Paragraph 640 of the SAC.

85.     The Argani Defendants deny the allegations set forth in Paragraph 641 of the SAC.

86.     The Argani Defendants deny the allegations set forth in Paragraph 642 of the SAC.

87.     The Argani Defendants deny the allegations set forth in Paragraph 643 of the SAC.

88.     The Argani Defendants deny having knowledge or information sufficient to form a belief as to the allegations set forth in Paragraph 644 of the SAC.

## FLSA COLLECTIVE ACTION ALLEGATIONS

89.    The Argani Defendants aver that the allegations set forth in paragraph 645 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

90.    The Argani Defendants aver that the allegations set forth in paragraph 646 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

91.    The Argani Defendants aver that the allegations set forth in paragraph 647 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the truth of the allegation

92.    The Argani Defendants deny the allegations set forth in Paragraph 648 of the SAC.

93.    The Argani Defendants deny the allegations set forth in Paragraph 649 of the SAC.

94.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 650 of the SAC.

95.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 651 of the SAC.

96.    The Argani Defendants aver that there is no response required for Paragraph 652 of the SAC, but, to the extent any response may be required, deny the truth of the allegation

## CLASS ACTION ALLEGATIONS

97.    The Argani Defendants aver that the allegations set forth in paragraph 653 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any

response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

A.    **Class Definition**

98.    The Argani Defendants aver that the allegations set forth in paragraph 654 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

99.    The Argani Defendants aver that the allegations set forth in paragraph 655 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations.

100.    The Argani Defendants aver that the allegations set forth in paragraph 656 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

101.    The Argani Defendants aver that the allegations set forth in paragraph 657 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

102.    The Argani Defendants aver that the allegations set forth in paragraph 658 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

103.    The Argani Defendants deny the allegations set forth in Paragraph 659 of the SAC.

104.    The Argani Defendants deny the allegations set forth in Paragraph 660 of the SAC.

**105.**    The Argani Defendants aver that the allegations set forth in paragraph 661 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

**B.    Alleged Numerosity and Impracticability of Joinder**

106.    The Argani Defendants aver that the allegations set forth in paragraph 662 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

107.    The Argani Defendants deny the allegations set forth in Paragraph 663 of the SAC.

108.    The Argani Defendants deny the allegations set forth in Paragraph 664 of the SAC.

109.    The Argani Defendants aver that the allegations set forth in paragraph 665 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

**C.    Alleged Common Questions of Law and Fact**

110.    The Argani Defendants aver that the allegations set forth in paragraph 666 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

111.    The Argani Defendants aver that the allegations set forth in paragraph 667 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

112.    The Argani Defendants aver that the allegations set forth in paragraph 668 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

113.    The Argani Defendants aver that the allegations set forth in paragraph 669 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

**D.    Alleged Typicality of Claims and Relief Sought**

114.    The Argani Defendants deny the allegations set forth in Paragraph 670 of the SAC.

115.    The Argani Defendants deny the allegations set forth in Paragraph 671 of the SAC.

116.    The Argani Defendants deny the allegations set forth in Paragraph 672 of the SAC.

117.    The Argani Defendants aver that the allegations set forth in paragraph 673 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

**E.    Alleged Adequacy of Representation**

118.    The Argani Defendants deny the allegations set forth in Paragraph 674 of the SAC.

119.    The Argani Defendants deny the allegations set forth in Paragraph 675 of the SAC.

120.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 676 of the SAC.

121.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 677 of the SAC.

**122.**    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 678 of the SAC

**F.**    **Alleged Requirements Under Rule 23(b)(1)**

123.    The Argani Defendants aver that the allegations set forth in paragraph 679 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

124.    The Argani Defendants aver that the allegations set forth in paragraph 680 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

125.    The Argani Defendants aver that the allegations set forth in paragraph 681 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

126.    The Argani Defendants aver that the allegations set forth in paragraph 682 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

**G.**    **Alleged Requirements Under Rule 23(b)(2)**

127.    The Argani Defendants aver that the allegations set forth in paragraph 683 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

128.    The Argani Defendants aver that the allegations set forth in paragraph 684 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

129.    The Argani Defendants aver that the allegations set forth in paragraph 685 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

130.    The Argani Defendants aver that the allegations set forth in paragraph 686 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

131.    The Argani Defendants aver that the allegations set forth in paragraph 687 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

**H.**    **Alleged Requirements of Rule 23(b)(3)**

132.    The Argani Defendants aver that the allegations set forth in paragraph 688 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

133.    The Argani Defendants aver that the allegations set forth in paragraph 689 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

134.    The Argani Defendants aver that the allegations set forth in paragraph 690 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

135.    The Argani Defendants aver that the allegations set forth in paragraph 691 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

**FIRST CAUSE OF ACTION**
**ALLEGED VIOLATIONS OF THE FLSA: FAILURE TO PAY OVERTIME**
*(Alleged on Behalf of Plaintiffs and the FLSA Collective)*

136.    The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 691 of the SAC as if fully set forth herein.

137.    The Argani Defendants aver that the allegations set forth in paragraph 693 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

138.    The Argani Defendants aver that the allegations set forth in paragraph 694 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

139.    The Argani Defendants deny the allegations set forth in paragraph 695 of the SAC.

140.    The Argani Defendants deny the allegations set forth in paragraph 696 of the SAC.

141.    The Argani Defendants deny the allegations set forth in paragraph 697 of the SAC.

142.    The Argani Defendants deny the allegations set forth in paragraph 698 of the SAC.

143.    The Argani Defendants deny the allegations set forth in paragraph 699 of the SAC.

<u>**SECOND CAUSE OF ACTION**</u>
<u>**ALLEGED VIOLATIONS OF THE FLSA: FAILURE TO PAY OVERTIME**</u>
*(Alleged on Behalf of Plaintiffs and the FLSA Collective)*

144.    The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 699 of the SAC as if fully set forth herein.

145.    The Argani Defendants aver that the allegations set forth in paragraph 701 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

146.    The Argani Defendants aver that the allegations set forth in paragraph 702 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

147.    The Argani Defendants aver that the allegations set forth in paragraph 703 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

148.    The Argani Defendants deny the allegations set forth in paragraph 704 of the SAC.

149.    The Argani Defendants deny the allegations set forth in paragraph 705 of the SAC.

150.    The Argani Defendants deny the allegations set forth in paragraph 706 of the SAC.

151.    The Argani Defendants deny the allegations set forth in paragraph 707 of the SAC.

152.    The Argani Defendants deny the allegations set forth in paragraph 708 of the SAC.

153.    The Argani Defendants deny the allegations set forth in Paragraph 709 of the SAC.

### THIRD CAUSE OF ACTION
### ALLEGED VIOLATIONS OF THE NYLL: FAILURE TO PAY OVERTIME
*(Alleged on Behalf of Plaintiffs and the FLSA Collective)*

154.    The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 709 of the SAC as if fully set forth herein.

155. The Argani Defendants aver that the allegations set forth in paragraph 711 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

156. The Argani Defendants aver that the allegations set forth in paragraph 712 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

157. The Argani Defendants aver that the allegations set forth in paragraph 713 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

158. The Argani Defendants deny the allegations set forth in paragraph 714 of the SAC.

159. The Argani Defendants deny the allegations set forth in paragraph 715 of the SAC.

160. The Argani Defendants deny the allegations set forth in paragraph 716 of the SAC.

161. The Argani Defendants deny the allegations set forth in paragraph 717 of the SAC.

## FOURTH CAUSE OF ACTION
## ALLEGED VIOLATIONS OF THE NYLL: LATE PAYMENT OF WAGES
### *(Alleged on Behalf of Plaintiffs and the FLSA Collective)*

162. The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 717 of the SAC as if fully set forth herein.

163. The Argani Defendants aver that the allegations set forth in paragraph 719 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

164.    The Argani Defendants aver that the allegations set forth in paragraph 720 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

165.    The Argani Defendants deny the allegations set forth in paragraph 721 of the SAC.

166.    The Argani Defendants deny the allegations set forth in paragraph 722 of the SAC.

167.    The Argani Defendants deny the allegations set forth in paragraph 723 of the SAC.

168.    The Argani Defendants deny the allegations set forth in paragraph 724 of the SAC.

169.    The Argani Defendants deny the allegations set forth in paragraph 725 of the SAC.

170.    The Argani Defendants deny the allegations set forth in paragraph 726 of the SAC.

171.    The Argani Defendants deny the allegations set forth in paragraph 727 of the SAC.

### FIFTH CAUSE OF ACTION
### ALLEGED VIOLATIONS OF THE NYLL: FAILURE TO PAY ALL WAGES OWED
*(Alleged on Behalf of Plaintiffs and the FLSA Collective)*

172.    The Argani Defendants repeat and reallege each and every response set forth in Paragraphs 1 through 727 of the SAC as if fully set forth herein.

173.    The Argani Defendants aver that the allegations set forth in paragraph 729 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

174.    The Argani Defendants aver that the allegations set forth in paragraph 730 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

175.    The Argani Defendants deny the allegations set forth in paragraph 731 of the SAC.

176.    The Argani Defendants deny the allegations set forth in paragraph 732 of the SAC.

177.    The Argani Defendants deny the allegations set forth in paragraph 733 of the SAC.

178.    The Argani Defendants deny the allegations set forth in paragraph 734 of the SAC.

179.    The Argani Defendants deny the allegations set forth in paragraph 735 of the SAC.

**SIXTH CAUSE OF ACTION**
**ALLEGED VIOLATIONS OF THE NYLL: NOTICES OF PAY RATE**
*(Alleged on Behalf of Plaintiffs and the FLSA Collective)*

180.    The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 735 of the SAC as if fully set forth herein.

181.    The Argani Defendants aver that the allegations set forth in paragraph 737 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

182.    The Argani Defendants aver that the allegations set forth in paragraph 738 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

183.    The Argani Defendants deny the allegations set forth in paragraph 739 of the SAC.

184.    The Argani Defendants deny the allegations set forth in paragraph 740 of the SAC.

185.    The Argani Defendants deny the allegations set forth in paragraph 741 of the SAC.

186.    The Argani Defendants deny the allegations set forth in paragraph 742 of the SAC.

187.    The Argani Defendants deny the allegations set forth in paragraph 743 of the SAC.

188.    The Argani Defendants deny the allegations set forth in paragraph 744 of the SAC.

189.    The Argani Defendants deny the allegations set forth in paragraph 745 of the SAC.

**SEVENTH CAUSE OF ACTION**
**ALLEGED VIOLATIONS OF THE NYLL: INACCURATE WAGE STATEMENTS**
*(Alleged on Behalf of Plaintiffs and the FLSA Collective)*

190.    The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 745 of the SAC as if fully set forth herein.

191.    The Argani Defendants aver that the allegations set forth in paragraph 747 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

192.    The Argani Defendants aver that the allegations set forth in paragraph 748 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

193. The Argani Defendants deny the allegations set forth in paragraph 749of the SAC.

194. The Argani Defendants deny the allegations set forth in paragraph 750 of the SAC.

195. The Argani Defendants deny the allegations set forth in paragraph 751 of the SAC.

196. The Argani Defendants deny the allegations set forth in paragraph 752 of the SAC.

197. The Argani Defendants deny the allegations set forth in paragraph 753 of the SAC.

198. The Argani Defendants deny the allegations set forth in paragraph 754 of the SAC.

199. The Argani Defendants deny the allegations set forth in paragraph 755 of the SAC.

## EIGHTH CAUSE OF ACTION
## ALLEGED VIOLATIONS OF THE NYLL: UNREIMBURSED BUSINESS EXPENSE
### *(Alleged on Behalf of Plaintiffs and the FLSA Collective)*

200. The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 755 of the SAC as if fully set forth herein.

201. The Argani Defendants aver that the allegations set forth in paragraph 757 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

202. The Argani Defendants aver that the allegations set forth in paragraph 758 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

203.    The Argani Defendants deny the allegations set forth in paragraph 759 of the SAC.

204.    The Argani Defendants deny the allegations set forth in paragraph 760 of the SAC.

205.    The Argani Defendants deny the allegations set forth in paragraph 761 of the SAC.

206.    The Argani Defendants deny the allegations set forth in paragraph 762 of the SAC.

207.    The Argani Defendants deny the allegations set forth in paragraph 763 of the SAC.

**NINTH CAUSE OF ACTION**
**ALLEGED VIOLATIONS OF THE NYLL: SPREAD OF HOURS PAY**
*(Alleged on Behalf of Plaintiffs and the Class)*

208.    The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 763 of the SAC as if fully set forth herein.

209.    The Argani Defendants deny the allegations set forth in paragraph 765 of the SAC.

210.    The Argani Defendants aver there is no response necessary for 766 as it calls for a determination with respect to the application of law to be made by the trier of SAC.

211.    The Argani Defendants deny the allegations set forth in paragraph 767 of the SAC.

212.    The Argani Defendants deny the allegations set forth in paragraph 768 of the SAC.

213.    The Argani Defendants deny the allegations set forth in paragraph 769 of the SAC.

214.    The Argani Defendants deny the allegations set forth in paragraph 770 of the

SAC.

## TENTH CAUSE OF ACTION
## ALLEGED VIOLATIONS OF THE NYLL: FAILURE TO PAY MINIMUM WAGE
### *(Alleged on Behalf of Lopez, Najarro, Nashemir, and the Subclass and the Subclass)*

215.    The Argani Defendants repeat and reallege each and every response set forth in

paragraphs 1 through 770 of SAC as if fully set forth herein.

216.    The Argani Defendants aver that the allegations set forth in paragraph 772 of the

SAC call for a legal conclusion as to which no response is required, but, to the extent any

response may be required, deny the allegations.

217.    The Argani Defendants aver that the allegations set forth in paragraph 773 of the

SAC call for a legal conclusion as to which no response is required, but, to the extent any

response may be required, deny the allegations.

218.    The Argani Defendants deny the allegations set forth in paragraph 774 of the

SAC.

219.    The Argani Defendants deny the allegations set forth in paragraph 7754 of the

SAC.

220.    The Argani Defendants deny the allegations set forth in paragraph 776 of the

SAC.

221.    The Argani Defendants deny the allegations set forth in paragraph 777 of the

SAC.

222.    The Argani Defendants deny the allegations set forth in paragraph 778 of the

SAC.

**ELEVENTH CAUSE OF ACTION**
**ALLEGED VIOLATIONS OF THE FIFA: FAILURE TO PAY ALL COMPENSATION**
*(Alleged on Behalf of Plaintiffs and the Class)*
*(Allegedly Brought in the Alternative to Plaintiffs' and the Class's Claims*
*Under FLSA and NYLL)*

223.    The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 778 of the SAC as if fully set forth herein.

224.    The Argani Defendants aver that the allegations set forth in paragraph 780 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

225.    The Argani Defendants aver that the allegations set forth in paragraph 781 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

226.    The Argani Defendants aver that the allegations set forth in paragraph 782 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

227.    The Argani Defendants deny the allegations set forth in paragraph 783 of the SAC.

228.    The Argani Defendants deny the allegations set forth in  Paragraph 784 of the SAC.

229.    The Argani Defendants deny the allegations set forth in paragraph 785 of the SAC.

230.    The Argani Defendants deny the allegations set forth in paragraph 786 of the SAC.

231.    The Argani Defendants deny the allegations set forth in paragraph 787 of the SAC.

232.    The Argani Defendants deny the allegations set forth in paragraph 788 of the

SAC.

233.    The Argani Defendants deny the allegations set forth in paragraph 789 of the

SAC.

**TWELFTH CAUSE OF ACTION**
**ALLEGED VIOLATIONS OF THE FIFA: LATE PAYMENT OF COMPENSATION**
*(Alleged on Behalf of Plaintiffs and the Class)*
*(Allegedly Brought in the Alternative to Plaintiffs' and the Class's Claims*
*Under FLSA and NYLL)*

234.    The Argani Defendants repeat and reallege each and every response set forth in

Paragraphs 1 through 89 of the SAC as if fully set forth herein.

235.    The Argani Defendants aver that the allegations set forth in Paragraph 791 of the

SAC call for a legal conclusion as to which no response is required, but, to the extent any

response may be required, deny the allegations.

236.    The Argani Defendants deny the allegations set forth in Paragraph 792 of the

SAC.

237.    The Argani Defendants aver that the allegations set forth in Paragraph 793 of the

SAC call for a legal conclusion as to which no response is required, but, to the extent any

response may be required, deny the allegations.

238.    The Argani Defendants deny the allegations set forth in Paragraph 794 of the

SAC.

239.    The Argani Defendants deny the allegations set forth in Paragraph 795 of the

SAC.

240.    The Argani Defendants deny the allegations set forth in Paragraph 796 of the

SAC.

241.    The Argani Defendants deny the allegations set forth in Paragraph 797 of the SAC.

242.    The Argani Defendants deny the allegations set forth in Paragraph 798 of the SAC.

243.    The Argani Defendants deny the allegations set forth in Paragraph 799 of the SAC.

**THIRTEENTH CAUSE OF ACTION**
**ALLEGED BREACH OF CONTRACT**
*(Alleged on Behalf of Plaintiffs and the Class)*

244.    The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 799 of the SAC as if fully set forth herein.

245.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in Paragraph 801 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

246.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in paragraph 802 of the SAC.

247.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in paragraph 803 of the SAC.

248.    The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in paragraph 804 of the SAC.

249.    The Argani Defendants deny the allegations set forth in paragraph 805 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

250.     The Argani Defendants deny the allegations set forth in paragraph 806 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

251.     The Argani Defendants deny the allegations set forth in paragraph 807 of the SAC.

252.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in paragraph 808 of the SAC.

### FOURTEENTH CAUSE OF ACTION
### ALLEGED UNJUST ENRICHMENT
*(Alleged on Behalf of Plaintiffs and the Class)*

253.     The Argani Defendants repeat and reallege each and every response set forth in paragraphs 1 through 808 of the SAC as if fully set forth herein.

254.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in paragraph 810 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

255.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in paragraph 811 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

256.     The Argani Defendants deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations set forth in paragraph 812 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

257.    The Argani Defendants deny having knowledge or information sufficient to form

a belief with respect to the truth of the allegations set forth in paragraph 813 of the SAC as to

themselves, and deny having knowledge or information sufficient to form a belief with respect to

the truth of the allegations as to the other Defendants.

258.    The Argani Defendants deny the allegations set forth in paragraph 814 of the

SAC.

259.    The Argani Defendants deny the allegations set forth in paragraph 815 of the

SAC.

260.    The Argani Defendants deny the allegations set forth in paragraph 816 of the

SAC.

261.    The Argani Defendants deny the allegations set forth in paragraph 817 of the

SAC.

262.    The Argani Defendants deny the allegations set forth in paragraph 818 of the

SAC.

**FIFTEENTH CAUSE OF ACTION**
**VIOLATIONS OF THE FLSA: RETALIATION**
***(Alleged on Behalf of Nashaily Individually)***

263.    The Argani Defendants repeat and reallege every response set forth in paragraphs

1 through 818 of the SAC as if fully setforth herein.

264.    The Argani Defendants deny the allegations set forth in paragraph 821 of the

SAC.

265.    The Argani Defendants admit the allegations set forth in paragraph 822 of the

SAC.

266.    The Argani Defendants deny the allegations set forth in paragraph 822 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

267.    The Argani Defendants deny the allegations set forth in paragraph 823 of the SAC.

268.    The Argani Defendants deny the allegations set forth in paragraph 824 of the SAC.

269.    The Argani Defendants deny the allegations set forth in paragraph 825 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

270.    The Argani Defendants deny the allegations set forth in paragraph 826 of the SAC.

**SIXTEENTH CAUSE OF ACTION**
**VIOLATIONS OF THE FLSA: RETALIATION**
***(Alleged on Behalf of Nashaily Individually)***

271.    The Argani Defendants repeat and reallege every response set forth in paragraphs 1 through 826 of the SAC as if fully setforth herein.

272.    The Argani Defendants aver that the allegations set forth in paragraph 828 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

273.    The Argani Defendants aver that the allegations set forth in paragraph 829 of the SAC call for a legal conclusion as to which no response is required, but, to the extent any response may be required, deny the allegations.

274.    The Argani Defendants deny the allegations set forth in paragraph 830 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

275.    The Argani Defendants deny the allegations set forth in paragraph 831 of the SAC.

276.    The Argani Defendants deny the allegations set forth in paragraph 832 of the SAC.

277.    The Argani Defendants deny the allegations set forth in paragraph 833 of the SAC as to themselves, and deny having knowledge or information sufficient to form a belief with respect to the truth of the allegations as to the other Defendants.

278.    The Argani Defendants deny the allegations set forth in paragraph 834 of the SAC.

## FIRST AFFIRMATIVE DEFENSE

279.    The SAC should be dismissed because it fails to state a claim, in whole or in part, upon which relief could be granted.

## SECOND AFFIRMATIVE DEFENSE

280.    Plaintiffs' claims are barred, in whole or in part, by the applicable statute of limitations.

## THIRD AFFIRMATIVE DEFENSE

281.    The Argani Defendants are not "employers" within the meaning of the FLSA and the NYLL and therefore are not subject to liability for the alleged claims.

## FOURTH AFFIRMATIVE DEFENSE

282.    Plaintiffs' claims are barred, in whole or in part, under the doctrine of accord and satisfaction.

## FIFTH AFFIRMATIVE DEFENSE

283.    The SAC violates Fed. R. Civ. P. 8(a)(2).  It is not a short and concise statement of facts.

## SIXTH AFFIRMATIVE DEFENSE

284.    The SAC fails to state a claim, in whole or in part, upon which either liquidated damages or penalties may be awarded under either FLSA or the NYLL as the Argani Defendants, at all times relevant to this action, have each acted in "good faith" and with "reasonable grounds for believing" that their acts were in compliance with applicable wage and hour laws.

## SEVENTH AFFIRMATIVE DEFENSE

285.    The SAC fails to state a claim, in whole or in part, upon which both liquidated damages and prejudgment interest may be awarded under either FLSA or the NYLL.

## EIGHTH AFFIRMATIVE DEFENSE

286.    The NYLL does not impose personal liability on the individual Argani Defendant as a matter of law.

## NINTH AFFIRMATIVE DEFENSE

287.    The individual Argani Defendant is not an "employer" within the meaning of FLSA and therefore is not subject to personal liability for the alleged claims.

## TENTH AFFIRMATIVE DEFENSE

288.    To the extent they may be demanded, punitive damages are not recoverable under either FLSA or the NYLL as a matter of law.

## ELEVENTH AFFIRMATIVE DEFENSE

289.    The SAC fails to state a claim, in whole or in part, upon which compensatory damages may be awarded under either FLSA or the NYLL.

## TWELFTH AFFIRMATIVE DEFENSE

290.    The requested FLSA collective action certification is inappropriate.

## THIRTEENTH AFFIRMATIVE DEFENSE

291.    None of the Plaintiffs is "similarly situated" to the other alleged employees in the alleged FLSA putative class.

## FOURTEENTH AFFIRMATIVE DEFENSE

292.    The requested Rule 23 class certification should be denied as Plaintiffs cannot demonstrate commonality and typicality, or that the class members will be adequately represented by counsel of record.

## FIFTEENTH AFFIRMATIVE DEFENSE

293.    The requested Rule 23 class certification should be denied as Plaintiffs cannot demonstrate the risk of inconsistent or dispositive adjudications, or the predominance and superiority of the requested Rule 23 class action.

## SIXTEENTH AFFIRMATIVE DEFENSE

294.    The SAC fails to state a claim, in whole or in part, upon which both liquidated damages and prejudgment interest may be awarded under FLSA.

## SEVENTEENTH AFFIRMATIVE DEFENSE

295.    Each of the Plaintiffs and each of the alleged Rule 23 and FLSA putative class members who earned more than the applicable minimum wage rate are not entitled to receive NYLL "spread of hours" pay under relevant Second Circuit and SDNY precedent.

## EIGHTEENTH AFFIRMATIVE DEFENSE

296.    The Sixth Cause of Action should be dismissed because Plaintiffs have failed to allege any compensable injury under that cause of action.

### NINTEENTH AFFIRMATIVE DEFENSE

297.    The SAC fails to articulate which claims for relief apply to which Defendants or to properly identify Defendants.

### TWENTIETH AFFIRMATIVE DEFENSE

298.    The Twelfth and Thirteenth Causes of Action should be dismissed because the work projects at issue were not "Public Works" projects.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

299.    The Twelfth and Thirteenth Causes of Action should be dismissed because there is no private right of action for "prevailing wage" claims.

### AND AS FOR A FIRST CROSS-CLAIM AS AGAINST CESG, CES AND 2WAY

300.    The Argani Defendants deny any wrongdoing on their part as a proximate cause of the damages alleged in the Complaint, but if the Argani Defendants are found to be liable to Plaintiffs, then such liability will have been brought about by reason of the active and primary wrongdoing on the part of Co-Defendants CE Solutions Group, LLC ("CESG") and/or CE Solutions Inc. ("CES") and/or NYC 2Way International Ltd. d/b/a CTG Cars LLC ("2Way"), and if the Argani Defendants are found liable to Plaintiff to any degree in this action, than the Argani Defendants will be entitled to indemnification by and judgment over against Co-Defendants CESG and/or CES and/or 2Way for the full amount of said liability.

### AND AS FOR A SECOND CROSS-CLAIM AGAINST CESG, CES AND 2WAY

301.    The Argani Defendants deny any wrongdoing on their part as a proximate cause of the damages alleged in the Complaint, but if the Argani Defendants are found to be liable to Plaintiffs, then such liability will have been brought about, in whole or in part, by reason of the primary negligence of Co-Defendants CESG and/or CES and/or 2Way, and if the Argani

Defendants are found to be liable to any degree to Plaintiffs in this action, then the Argani

Defendants will be entitled to indemnification by and judgment over and against Co-Defendants

CESG and/or CES and/or 2Way for the proportionate share of liability as represents the amount,

degree or kind of negligence attributable to Co-Defendants CESG and/or CES and/or 2Way.

   **WHEREFORE**, The Argani Defendants respectfully request this Court to:

   1.  Dismiss the SAC and all claims for relief set forth therein with prejudice;

   2.  Deny each and every demand for relief as set forth in the SAC; and

   3.  Should the Argani Defendants be found liable to Plaintiffs, render Judgment

against Co-Defendants CESG and/or CES and/or 2Way in favor of the Argani Defendants that

may be liable to the Argani Defendants under the First and/or Second Cross-Claim herein; and

   4.  Grant the Argani Defendants such other and further relief as this Court may find

to be just, equitable and proper, including costs incurred in defending this action.

Dated: White Plains, New York
   September 27, 2024

        Respectfully submitted,

        GARY G. STAAB LLC
        *Attorneys for Defendants CE Flagging Plus Corp.,*
        *CE Reserve Corp., Argani Inc., and Hassan Siblini*

         /s/  Gary G. Staab
        Gary G. Staab, Esq. [GS-5913]

        The Kennedy Building
        2 William Street, Suite 302
        White Plains, NY 10601
        (914) 220-0030
        (914) 220-0232 (fax)
        *g.staab@att.net*

        Of Counsel:
        Richard Gresio, Esq. [RS-4928]
        *gresiolaw@aol.com*

**TO:**

**FARUQI & FARUQI, LLP**
*Attorneys for Plaintiffs*
Camilo M. Burr, Esq.
Annabel R. Stanley, Esq.
685 Third Avenue, 26th Floor
New York, NY 10017
cburr@faruqilaw.com
astanley@faruqilaw.com

**LITTLER MENDELSON, P.C.**
*Attorneys for Consolidated*
*Edison Company of New York, Inc.*
Eli Zev Freedberg, Esq.
Jennifer S. Kim, Esq.
Paul R. Piccigallo, Esq.
900 Third Avenue
New York, NY  10022
efreedberg@littler.com
JeSKim@littler.com
ppiccigallo@littler.com

**PHILLIPS NIZER LLP**
*Attorneys for Defendants CE Solutions Group, LLC,*
*CE Solutions, Inc., NYC 2Way International Ltd.*
*d/b/a CTG Cars LLC, and Jeannine Napoleone-Colbert*
Evan J. Spelfogel, Esq.
485 Lexington Avenue, 14th Floor
New York, NY 10017
(212) 977-9700
ESpelfogel@phillipsnizer.com

**ROGER VICTOR ARCHIBALD, PLLC**
*Attorneys for Defendants Concord Limousine, Inc. and*
*Concord Limousine 1, LLC*
Roger V. Archibald, Esq.
26 Court Street, Suite 711
Brooklyn, NY 11242
Brooklynatty@hotmail.com

(all served via the SDNY ECF system)