UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
: 
NASHAILY ORTIZ, individually and on behalf of : 22 Civ. 8957 (JLR) (GS)
all others similarly situated, et al., :
: ORDER
Plaintiffs, :
:
- against - :
:
CONSOLIDATED EDISON COMPANY OF :
NEW YORK, INC., et al., :
:
Defendants. :
:
----------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On September 27, 2024, Defendant Consolidated Edison Company of New York, Inc. and the CESG Defendants moved to dismiss Plaintiffs' Second Amended Complaint. (Dkt. Nos. 229 & 234). The moving Defendants and Plaintiffs are hereby directed to jointly submit a briefing schedule by no later than **Tuesday, October 8, 2024** with proposed deadlines for Plaintiffs' opposition and the moving Defendants' respective replies. Plaintiffs are further directed to submit a single, omnibus opposition brief and to propose a page length for their brief in the parties' joint letter.

Dated:    New York, New York
          October 4, 2024

_____
GARY STEIN
United States Magistrate Judge