## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASHAILY ORTIZ, ISAURA LOPEZ, RUBEN LEMUS NAJARRO, NASHEMIR ORTIZ, ADRIANNA GAMBOA, STEVEN ALLICOTT, ROBERTO ROSARIO, JR., and STEPHANIE BUNDRICK, on behalf of themselves and others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., CE SOLUTIONS GROUP, LLC, CE SOLUTIONS INC., CE FLAGGING PLUS CORP., CE RESERVE CORP., ARGANI INC., NYC 2WAY INTERNATIONAL LTD. d/b/a CTG CARS LLC, CONCORD LIMOUSINE INC., CONCORD LIMOUSINE 1, LLC, MARVELOUS MARK TRANSPORTATION CO., INC., A & M TRANSPORT TRANSPORS INC., 23 WEST GROUP INC., JEANNINE NAPOLEONE-COLBERT, in her individual and professional capacities, HASSAN SABLINI, in his individual and professional capacities, and NABIH KOUBAISSAY a/k/a NABIL SIMBA, in his individual and professional capacities, <br><br> Defendants. | Case No.: 1:22-CV-08957-JLR-GS |

## **PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL**

PLEASE TAKE NOTICE that Camilo M. Burr of Faruqi & Faruqi, LLP, counsel of record for Plaintiffs, respectfully requests permission to withdraw as counsel of record from the above-captioned action. Pursuant to Local Rule 1.4, the undersigned also submits a Declaration in support of this motion stating that my employment with Faruqi & Faruqi, LLP will end on August 8, 2025. Faruqi & Faruqi, LLP will continue its representation of Plaintiffs in this matter, through remaining counsel of record Innessa M. Huot and Shawn R. Clark.

1

2

WHEREFORE, it is respectfully requested that the Court enter an Order withdrawing Camilo M. Burr as counsel of record for Plaintiffs in this matter and terminating his representation from the docket.

| | |
|---|---|
| Dated: August 4, 2025<br>New York, New York | **FARUQI & FARUQI, LLP**<br><br>By: /s/ Camilo M. Burr<br>    Camilo M. Burr<br>    Innessa M. Huot<br>    Shawn R. Clark<br><br>685 Third Avenue, 26th Floor<br>New York, New York 10017<br>Tel: 212-983-9330<br>Fax: 212-983-9331<br>cburr@faruqilaw.com<br>ihuot@faruqilaw.com<br>sclark@faruqilaw.com<br><br>*Attorneys for Plaintiffs, the Putative FLSA Collective, Class, and Subclass* |

2