UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NASHAILY ORTIZ, ISAURA LOPEZ, RUBEN LEMUS NAJARRO, NASHEMIR ORTIZ, ADRIANNA GAMBOA, STEVEN ALLICOTT, ROBERTO ROSARIO, JR., and STEPHANIE BUNDRICK, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., CE SOLUTIONS GROUP, LLC, CE SOLUTIONS INC., CE FLAGGING PLUS CORP., CE RESERVE CORP., ARGANI INC., NYC 2WAY INTERNATIONAL LTD. d/b/a CTG CARS LLC, CONCORD LIMOUSINE INC., CONCORD LIMOUSINE 1, LLC, MARVELOUS MARK TRANSPORTATION CO., INC., A & M TRANSPORT TRANSPORS INC., 23 WEST GROUP INC., JEANNINE NAPOLEONE-COLBERT, in her individual and professional capacities, HASSAN SABLINI, in his individual and professional capacities, and NABIH KOUBAISSAY a/k/a NABIL SIMBA, in his individual and professional capacities,<br><br>Defendants. | Case No.: 1:22-CV-08957-JLR-GS<br><br>**MEMO ENDORSED** |

## PLAINTIFFS' MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Camilo M. Burr of Faruqi & Faruqi, LLP, counsel of record for Plaintiffs, respectfully requests permission to withdraw as counsel of record from the above-captioned action. Pursuant to Local Rule 1.4, the undersigned also submits a Declaration in support of this motion stating that my employment with Faruqi & Faruqi, LLP will end on August 8, 2025. Faruqi & Faruqi, LLP will continue its representation of Plaintiffs in this matter, through remaining counsel of record Innessa M. Huot and Shawn R. Clark.

1

WHEREFORE, it is respectfully requested that the Court enter an Order withdrawing Camilo M. Burr as counsel of record for Plaintiffs in this matter and terminating his representation from the docket.

Dated: August 4, 2025
New York, New York

**FARUQI & FARUQI, LLP**

By: */s/ Camilo M. Burr*
    Camilo M. Burr
    Innessa M. Huot
    Shawn R. Clark

685 Third Avenue, 26th Floor
New York, New York 10017
Tel: 212-983-9330
Fax: 212-983-9331
cburr@faruqilaw.com
ihuot@faruqilaw.com
sclark@faruqilaw.com

*Attorneys for Plaintiffs, the Putative FLSA Collective, Class, and Subclass*

Application granted. The Clerk of Court is respectfully directed to terminate Camilo M. Burr as counsel of record in this action.

Date:   August 5, 2025
         New York, NY

SO ORDERED:

*[signature]*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE