UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NASHAILY ORTIZ, ISAURA LOPEZ, RUBEN LEMUS NAJARRO, NASHEMIR ORTIZ, ADRIANNA GAMBOA, STEVEN ALLICOTT, ROBERTO ROSARIO, JR., and STEPHANIE BUNDRICK, on behalf of themselves and others similarly situated,

          *Plaintiffs*,

– against –

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., CE SOLUTIONS GROUP, LLC, CE SOLUTIONS INC., CE FLAGGING PLUS CORP., CE RESERVE CORP., FLAGGING SPOTTING FLIPPING SERVICES INC., ARGANI INC., NYC 2WAY INTERNATIONAL LTD. d/b/a CTG CARS LLC, CONCORD LIMOUSINE INC., CONCORD LIMOUSINE 1, LLC, MARVELOUS MARK TRANSPORTATION CO., INC., A & M TRANSPORT TRANSPORS INC., 23 WEST GROUP INC., JEANNINE NAPOLEONE-COLBERT, in her individual and professional capacities, HASSAN SABLINI, in his individual and professional capacities, and NABIH KOUBAISSY a/k/a NABIL SIMBA, in his individual and professional capacities,

          *Defendants*.

-------------------------------------------------------------------X

Case No.: 1:22-cv-08957

**SUGGESTION OF DEATH OF DORA SLININ**

Pursuant to Fed. R. Civ. P. 25, the undersigned counsel hereby advises the Court and all parties of the death of Dora Slinin on or about July 22, 2025.

Dated: New York, New York
      August 13, 2025

**PHILLIPS NIZER LLP**

By: /s/ Evan J. Spelfogel
EVAN J. SPELFOGEL, ESQ.
JUDITH L. SWARTZ, ESQ.
485 Lexington Avenue, 14th Fl.
New York, New York 10017
Office: (212) 977-9700
Direct: (212) 841-0539
ESpelfogel@phillipsnizer.com
JSwartz@phillipsnizer.com

*Attorneys for CE Solutions Group, LLC, CE Solutions Inc., NYC 2Way International Ltd. d/b/a CTG Cars LLC, Edward Slinin, Dora Slinin and Jeannine Napoleone-Colbert*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

NASHAILY ORTIZ, ISAURA LOPEZ, RUBEN LEMUS NAJARRO, NASHEMIR ORTIZ, ADRIANNA GAMBOA, STEVEN ALLICOTT, ROBERTO ROSARIO, JR., and STEPHANIE BUNDRICK, on behalf of themselves and others similarly situated,

         *Plaintiffs*,

  – against –

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC., CE SOLUTIONS GROUP, LLC, CE SOLUTIONS INC., CE FLAGGING PLUS CORP., CE RESERVE CORP., FLAGGING SPOTTING FLIPPING SERVICES INC., ARGANI INC., NYC 2WAY INTERNATIONAL LTD. d/b/a CTG CARS LLC, CONCORD LIMOUSINE INC., CONCORD LIMOUSINE 1, LLC, MARVELOUS MARK TRANSPORTATION CO., INC., A & M TRANSPORT TRANSPORS INC., 23 WEST GROUP INC., JEANNINE NAPOLEONE-COLBERT, in her individual and professional capacities, HASSAN SABLINI, in his individual and professional capacities, and NABIH KOUBAISSY a/k/a NABIL SIMBA, in his individual and professional capacities,

         *Defendants*.

-------------------------------------------------------------------X

Case No.: 1:22-cv-08957

**AFFIRMATION OF SERVICE**

    I, Judith L. Swartz, the undersigned, an attorney duly admitted to practice in the State of New York, with offices at 485 Lexington Avenue, New York, NY 10017, affirms as follows under penalties of perjury:

1. On August 13, 2025, I caused to be served the following document:

   - Suggestion of Death of Dora Slinin

by REGULAR MAIL by mailing the same in a sealed envelope, with postage prepaid thereon, in a post-office or official depository of the U.S. Postal Service, addressed to the address of the addressee(s) indicated below:

Innessa Melamed Huot
FARUQI & FARUQI, LLP (NYC)
685 Third Avenue, 26th Floor
New York, NY 10017
*Attorneys for Plaintiffs*

Eli Zev Freedberg
Jennifer S Kim
LITTLER MENDELSON, P.C. (NYC)
900 Third Avenue
New York, NY 10022
*Attorneys for Consolidated Edison Company of New York, Inc.*

Paul R Piccigallo
LITTLER MENDELSON, P.C.
290 Broadhollow Road Suite 305
Melville, NY 11747
*Attorneys for Consolidated Edison Company of New York, Inc.*

Gary G. Staab
GARY G. STAAB LLC AND DUFFY & STAAB LLC
2 William Street, Suite 302
White Plains, NY 10601
*Attorneys for CE Flagging Plus Corp., CE Reserve Corp., Argani Inc., Hassan Sablini, Gary Samuel, Flagging Spotting Flipping Services Inc.*

Roger V. Archibald
ROGER VICTOR ARCHIBALD, PLLC
26 Court Street, Ste 711
Brooklyn, NY 11242
*Attorneys for Concord Limousine Inc., Concord Limousine 1, LLC, Alexander Gavrilov*

Karl Joseph Ashanti
MUSA-OBREGON LAW, P.C.
55-21 69th Street
Maspeth, NY 11378
*Attorneys for Marvelous Mark Transportation Co., Inc.*

Dated: August 13, 2025
    New York, New York                 /s/ Judith Swartz
                                          Judith Swartz