

NEW YORK    CALIFORNIA    GEORGIA    PENNSYLVANIA

**Shawn R. Clark**
sclark@faruqilaw.com

October 15, 2024

**VIA ECF**

The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

**MEMO ENDORSED**

Application granted. Plaintiffs shall file their third amended complaint by no later than October 24, 2025. Defendants who have appeared shall answer or otherwise respond to the third amended complaint by no later than November 24, 2025. SO ORDERED.

Date:   October 17, 2025
        New York, NY

*Gary Stein*
United States Magistrate Judge
Southern District of New York

Re:   *Ortiz, et al. v. Consol. Edison Co. of N.Y., Inc., et al.*, No. 1:22-cv-08957-JLR-GS

Dear Judge Stein:

We represent Plaintiffs in the above-referenced action. Plaintiffs write to respectfully request a deadline of October 24, 2025 to submit their anticipated third amended complaint, which is thirty ("30") days following the adoption of Your Honor's Report and Recommendation in this matter. Plaintiffs also request a corresponding period of thirty days, or November 24, 2025, for Defendants who have appeared to answer or otherwise respond to the third amended complaint. Appearing Defendants have consented to Plaintiffs' request with the understanding that their response to the third amended complaint will be due on November 24, 2025. Although Your Honor's Report and Recommendation granting Plaintiffs leave to file a third amended complaint was adopted on September 24, 2025, it does not appear a date certain was set for the filing of the third amended complaint.

Plaintiffs thank the Court for its time and attention to this matter.

Respectfully submitted,

*Shawn Clark*

Shawn R. Clark

Cc:   All Counsel of Record (Via ECF)