

NEW YORK          CALIFORNIA          GEORGIA          PENNSYLVANIA

# MEMO ENDORSED

**Shawn R. Clark**
sclark@faruqilaw.com

November 14, 2025

**VIA ECF**

The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

> All appearing Defendants other than the CESG Defendants shall have until Wednesday, November 19, 2025 to advise the Court of their position on this request, should they wish to be heard.
>
> Date:   November 17, 2025
>
> *[signature]*
>
> Gary Stein
> United States Magistrate Judge
> Southern District of New York

Re:   *Ortiz, et al. v. Consol. Edison Co. of N.Y., Inc., et al.*, No. 1:22-cv-08957-JLR-GS

Dear Judge Stein:

We represent Plaintiffs in the above-referenced action. Plaintiffs write jointly with Defendants CE Solutions Group, LLC, CE Solutions Inc., NYC 2Way International Ltd., and Jeanine Napoleone-Colbert (collectively "CESG Defendants") and with the consent of all other Defendants who have appeared to respectfully request the Court: (a) refer this matter for a mediation with the Southern District Mediation Program; (b) stay discovery and notice to the collective in this matter for sixty ("60") days; and (c) extend the deadline for all appearing Defendants to respond to the Third Amended Complaint from November 24, 2025 to December 10, 2025.[1] After conferring with CESG Defendants, Plaintiffs and CESG Defendants have agreed to conduct a mediation to potentially resolve the claims of the named Plaintiffs and the other individuals who have opted in to this matter to date, with resolution at mediation potentially settling claims as to all Defendants. Accordingly, permitting a brief stay of discovery and notice to additional collective members will potentially conserve significant litigation and judicial resources in the event mediation is successful.

Plaintiffs and CESG Defendants thank the Court for its time and attention to this matter.

Respectfully submitted,

*[signature]*

Shawn R. Clark

Cc:   All Counsel of Record (Via ECF)

---

[1] Defendant Con Edison Company of New York, Inc. previously requested and received an extension of time to Answer to December 1, 2025, *see* ECF Docket at 299-300; for all other Defendants this is the first request to extend the deadline to respond to the Third Amended Complaint.