

**MEMO ENDORSED**    ·ORNIA      GEORGIA      PENNSYLVANIA

Application granted.  Discovery deadlines are hereby stayed until March 30, 2026. The parties shall submit a joint status update regarding mediation by no later than April 3, 2026.  SO ORDERED.

Date:    January 21, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

**Shawn R. Clark**
sclark@faruqilaw.com

January 20, 2026

**VIA ECF**

The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 9A
New York, New York 10007

Re:    *Ortiz, et al. v. Consol. Edison Co. of N.Y., Inc., et al.*, No. 1:22-cv-08957-JLR-GS

Dear Judge Stein:

We represent Plaintiffs in the above-referenced action. Plaintiffs write jointly with all Defendants who have appeared to respectfully request the Court extend the stay of discovery and notice to the collective in this matter (from Your Honor's Order issued on November 18, 2025) until after the parties' mediation scheduled for March 30, 2026 (further explained below). After the mediation, the parties will submit a new proposed Case Management Plan and Scheduling Order, if necessary, to determine revised deadlines for the end of discovery and the issuance of the notice to the collective. After conferring with Defendants, Plaintiffs and Defendants agreed to conduct a mediation to potentially resolve the claims of the named Plaintiffs and the other individuals who have opted in to this matter to date, with resolution at mediation potentially settling claims as to all Defendants. Although the parties initially sought to obtain a mediation through the SDNY mediation program, after further conferring, the parties have agreed that a private mediation with mediator Alfred Feliu provides the best opportunity for a full and final resolution of this matter. The parties have scheduled a private mediation with Mr. Feliu on March 30, 2026. As the parties have agreed to focus their attention on pre-mediation and mediation activities, an extension of the stay of discovery and notice to additional collective members will potentially conserve significant litigation and judicial resources in the event mediation is successful.

The parties thank the Court for its time and attention to this matter.

Respectfully submitted,

Shawn R. Clark

Cc:    All Counsel of Record (Via ECF)