Littler

**Littler Mendelson, PC**
900 Third Avenue
New York, NY 10022.3298

Paul R. Piccigallo
212.497.6842 direct
212.583.9600 main
212.954.5011 fax
ppiccigallo@littler.com

July 7, 2026

**MEMO ENDORSED**

**VIA ECF**

Magistrate Judge Gary Stein
United States District Court
Southern District of New York
500 Pearl Street, Room 9A
New York, New York 10007

**Re:** ***Ortiz, et al. v. Consolidated Edison Company of New York, Inc., et al.***
**Case No.: 1:22-cv-08957-JLR-GS**

Dear Judge Stein:

This office represents Defendant Consolidated Edison Company of New York, Inc. ("Con Edison") in the above referenced matter. Pursuant to Your Honor's June 1, 2026 Order, Con Edison, the CESG Defendants, and Plaintiffs write to inform the court that they have reached a settlement in principle but require additional time to review and agree on the terms of the settlement-related drafts. As such, the parties request another brief extension of time to file with the Court an updated status report by July 14, 2026.

This is the second request for an extension of time to file our joint updated status report to the Court with respect to settlement efforts in this action. Plaintiffs and the CESG Defendants have consented to the requested extension.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Paul R. Piccigallo*

Paul R. Piccigallo

cc: All Counsel of Record (via ECF)

Application granted. The parties shall file a joint status report regarding settlement efforts by no later than July 14, 2026. SO ORDERED.

Date: July 9, 2026

Gary Stein
United States Magistate Judge
Southern District of New York